2/12/2020                                    Delaware Pennsylvania

County Home   Public Access Home   Property Search Home ▼   Contact Us

**Site Information**
Residential
Commercial
Delinquent Tax
Sketch
Map

PARID: 43000108100
PURRINGTON COLIN B & AMY

PROPERTY LOCATION:
226 RUTGERS AVE

1 of 1
Return to Search Results

**Actions**
Printable Summary
Printable Version

### Parcel

| | |
|---|---|
| Site Location: | 226 RUTGERS AVE |
| Legal Description: | 2 STY HSE ADD GAR |
| | 80 X 180 |
| Map Number: | 43-06 -247:000 |
| Municipality: | 43 SWARTHMORE BOROUGH |
| School District | 515 - WALLINGFORD SWARTHMORE |
| Property Type: | 01 - Taxable Residential |
| Homestead Status - Next School Bill Cycle: | Yes |
| Homestead Status - Current School Bill Cycle: | Yes |
| Homestead % | 100 |
| Homestead Approved Year | 2005 |
| Additional Info: | B - NEW CONSTRUCTION |
| Veteran's Exemption: | No |

### Owner

| | |
|---|---|
| Name(s) | PURRINGTON COLIN B & AMY |
| Name(s) | |
| Care Of | |
| Mailing Address | 226 RUTGERS AVE |
| Mailing Address | |
| Mailing Address | SWARTHMORE PA 19081 |

### Current Owner

| | |
|---|---|
| Name | PURRINGTON COLIN B & AMY |
| Name | |
| Address | 226 RUTGERS AVE |
| City | SWARTHMORE |
| State | PA |
| Zip Code | 19081- |

### Owner History

| Owner | Book | Page | Sale Date | Sale Price |
|---|---|---|---|---|
| PURRINGTON COLIN B & AMY | 1595 | 1837 | 06-11-1997 | 235000 |
| KINGHAM JAMES R & MARGARET T | 154 | 1496 | 05-07-1984 | 85000 |
| MAHER THOS D & EDITH S | 0000 | 0000 | 12-07-1943 | 0 |

### Original Current Year Assessment

| Type of Assessment | Assessment Value | Assessment Date | Reason for Change | Comment |
|---|---|---|---|---|
| 01-Taxable Residential | $261,620 | | B-NEW CONSTRUCTION | |

### County Tax Receivable

| Tax Year | Billing Year | Billing Period | Billing Date | Face Amount Due | Discount Posted | Penalty Posted | Fees Posted | Payment Posted | Balance | Pay Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 2020 | Original | 02/01/2020 | 1,428.71 | | | | | 1,428.71 | | |
| 2019 | 2019 | Original | 02/01/2019 | 1,428.71 | -28.57 | | | -1,400.14 | 0.00 | 04/01/2019 | Discount |
| 2018 | 2018 | Original | 02/01/2018 | 1,465.07 | -29.31 | | | -1,435.76 | 0.00 | 04/02/2018 | Discount |
| 2017 | 2017 | Original | 02/01/2017 | 1,465.07 | -29.31 | | | -1,435.76 | 0.00 | 03/15/2017 | Discount |
| 2016 | 2016 | Original | 02/01/2016 | 1,465.07 | -29.31 | | | -1,435.76 | 0.00 | 03/16/2016 | Discount |
| 2015 | 2015 | Original | 02/01/2015 | 1,465.07 | -29.31 | | | -1,435.76 | 0.00 | 03/10/2015 | Discount |


EXHIBIT A

**Delinquent Tax**

## No Outstanding Delinquent Amounts Found On File

EXCLUDES: Trash, Sewer, and other Local Fees

**Tax Sale Information**

Status:                          No Sale Scheduled

| | | | |
|---|---|---|---|
| Delaware County Courthouse & Government Center<br>201 West Front Street<br>Media, PA 19063 | Contact Us<br>Email: webmaster@co.delaware.pa.us<br>Hours: Monday-Friday 8:30am-4:15pm | **Location** Google Map | Search Disclaimer<br>Privacy Policy |

Copyright 2018 by Delaware County, Pennsylvania   |   Last Updated: February 11, 2020   |   Powered by iasWorld Public Access