AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| AC2T, INC.<br>doing business as<br>SPARTAN MOSQUITO<br>*Plaintiff(s)*<br>v.<br><br><br>COLIN PURRINGTON<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   19-5946<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Colin Purrington
226 Rutgers Avenue
Swarthmore, PA  19081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
EVAN LOUIS FRANK
ALAN L. FRANK LAW ASSOCIATES PC
135 OLD YORK RD
JENKINTOWN, PA 19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____12/18/2019_____

_____
Signature of Clerk or Deputy Clerk

EXHIBIT
B
ALL-STATE LEGAL®

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      19-5946

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Colin Purrington

was received by me on *(date)* 1/2/20

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because *See attachment* ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/30/20

_Server's signature_

Dwayne Henrikson - Process Server
_Printed name and title_

Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966
_Server's address_

Additional information regarding attempted service, etc:

## Attachment

1/4/20 at 5:30pm- Address is a single-family home with driveway and cameras on it. No answer. Lights on.

1/6/20 at 8:30am- No answer. House dark.

1/8/20 at 1:01pm- No answer. Lights on inside. Silver Toyota Prius and gray minivan in driveway.

1/12/20 at 9:05pm- No answer. Lights on inside. Gray minivan in driveway.

1/13/20 at 10:10am- No answer.

1/16/20 at 8:05pm- No answer. Lights on inside. Gray minivan in driveway.