UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, Inc. d/b/a Spartan Mosquito, | Case Number 2:19-cv-5946-RBS |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| Colin Purrington, | |
| Defendant. | |

## ORDER

AND NOW, this 12th day of February, 2020, upon consideration of the Plaintiff's Motion for Alternative Service, it is hereby **ORDERED** that the Motion is **GRANTED**:

Within 30 days, the Plaintiff shall serve the Defendant by doing all of the following:

1. Mail a copy of the Complaint and Summons to the Defendant's residence, 226 Rutgers Avenue, Swarthmore, PA 19081, by certified mail, return receipt requested.

2. Mail a copy of the Complaint and Summons to the Defendant's residence by regular mail.

3. Post a copy of the Complaint and Summons at the Plaintiff's residence.

R. BARCLAY SURRICK, J.