UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO, | : | |
| | : | |
| Plaintiff, | : | NO.  19-CV-5946-RBS |
| | : | |
| v. | : | |
| | : | **ORAL ARGUMENT** |
| COLIN PURRINGTON, | : | **REQUESTED** |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Colin Purrington hereby moves to dismiss the complaint of AC2T, Inc. d/b/a

Spartan Mosquito ("Spartan"), dated December 16, 2019 (the "Complaint" or "Compl."), pursuant

to Federal Rule of Civil Procedure 12(b)(6) and the Pennsylvania Environmental Immunity Act,

27 Pa. C.S.A. § 8301, et seq.  The grounds for Defendant's motion are set forth more fully in the

accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss.


 March 25, 2020                          KLEHR HARRISON HARVEY BRANZBURG LLP



                              By:     */s/ Paige M. Willan*
                                      Paige M. Willan
                                      Douglas F. Schleicher
                                      1835 Market Street, 14th Floor
                                      Philadelphia, PA 19103
                                      (215) 569-2700
                                      pwillan@klehr.com
                                      dschleicher@klehr.com

                                      *Attorneys for Defendant Colin Purrington*

## CERTIFICATION OF SERVICE

I hereby certify that on March 25, 2020, I served a true and correct copy of the foregoing

Defendant's Motion to Dismiss, and the accompanying proposed order, via this Court's electronic

filing system and via electronic mail on the below-listed counsel for Plaintiff AC2T, Inc.:

Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
afrank@alflaw.net

*Counsel for Plaintiff AC2T, Inc.*

By: */s/ Paige M. Willan*
    Paige M. Willan