UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AC2T, INC. d/b/a SPARTAN MOSQUITO,                :
                                                 :
                            Plaintiff,           :        NO.  19-CV-5946-RBS
                                                 :
        v.                                       :
                                                 :
COLIN PURRINGTON,                                :
                                                 :
                            Defendant.           :

## [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2020, upon consideration of Defendant Colin Purrington's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Pennsylvania Environmental Immunity Act, 27 Pa. C.S.A. § 8301, et seq., and the response thereto, if any, IT IS HEREBY ORDERED that the motion is GRANTED and the Complaint is dismissed in its entirety, with prejudice, as against defendant Colin Purrington.

_____
Hon. R. Barclay Surrick, U.S.D.J.