Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
PA Bar No. 311994
135 Old York Road
Jenkintown, PA 19046
215-935-1000
215-935-1110 (fax)
efrank@alflaw.net
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, Inc., d/b/a Spartan Mosquito, | : | |
| | : | Civil Action |
| Plaintiff, | : | Case no. 2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| Colin Purrington, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Evan L. Frank, certify that on this 7th day of April, 2020, a copy of the foregoing was served on counsel of record by ECF/Pacer.

      /s/ Evan L. Frank_____
      Evan L. Frank, Esq.
      Counsel for Plaintiff