UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO, | : | |
| Plaintiff, | : | NO. 19-CV-5946-RBS |
| v. | : | |
| COLIN PURRINGTON, | : | |
| Defendant. | : | |

# [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2020, upon consideration of Defendant Colin Purrington's Motion for Leave to File Reply Brief (the "Motion") in further support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Pennsylvania Environmental Immunity Act, 27 Pa. C.S.A. § 8301, et seq., and the response thereto, if any, IT IS HEREBY ORDERED that the motion is GRANTED and the reply brief attached as Exhibit A to the Motion is deemed filed as of the date of this Order.

_____
Hon. R. Barclay Surrick, U.S.D.J.