## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, INC. d/b/a** | : | |
| **SPARTAN MOSQUITO** | | **Civil Action No. 19-5846** |
| | : | |
| **V.** | | |
| | : | |
| **COLIN PURRINGTON** | | |

_____

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance for Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito with respect to the above captioned matter..

    Dated: April 15, 2020.

                             ALAN L. FRANK LAW ASSOCIATES, P.C.

                             */s/ Alan L. Frank*

                             _____
                             ALAN L L. FRANK, ESQ. (#34414)
                             135 Old York Road
                             Jenkintown, PA 19046
                             T: 215.935.1000/F: 215.935.1110
                             e-mail: afrank@alflaw.net
                             Attorney for Plaintiff