UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a<br>SPARTAN MOSQUITO | :<br>  Civil Action No. 19-5846 |
| V. | : |
| COLIN PURRINGTON | : |

## CERTIFICATE OF SERVICE

I, Alan L. Frank, Esq., hereby certify that on this 15th day of April, 2020, a true and correct copy of Entry of Appearance was served upon counsel via ECF.

ALAN L. FRANK LAW ASSOCIATES, P.C.

*/s/ Alan L. Frank*

_____
ALAN L L. FRANK, ESQ. (#34414)
135 Old York Road
Jenkintown, PA 19046
T: 215.935.1000/F: 215.935.1110
e-mail: afrank@alflaw.net
Attorney for Plaintiff