UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>COLIN PURRINGTON, :<br>:<br>Defendant. : | NO. 19-CV-5946-RBS |

## ORDER

AND NOW, this __28th__ day of __April__ 2020, upon consideration of Defendant Colin Purrington's Motion for Leave to File Reply Brief (ECF No. 8) in further support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Pennsylvania Environmental Immunity Act, 27 Pa. C.S.A. § 8301, et seq., and it appearing that the Motion is unopposed, it is ORDERED that the motion is GRANTED and the reply brief attached as Exhibit A to the Motion is deemed filed as of the date of this Order.

/s/ R. BARCLAY SURRICK
Hon. R. Barclay Surrick, U.S.D.J.

PHIL1 8817672v.1