IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. *d/b/a* SPARTAN MOSQUITO | : : : : CIVIL ACTION : : NO. 19-5946 : |
| v. | |
| COLIN PURRINGTON | |

# ORDER

**AND NOW**, this 22nd day of October, 2020, upon consideration of Defendant's Motion to Dismiss (ECF No. 6), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **DENIED** as to the defamation claim (Count 1).

2. The Motion is **GRANTED** as to the commercial disparagement claim (Count 2).

3. Plaintiff may file an Amended Complaint within 20 days of the date hereof.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.