IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN PURRINGTON,<br><br>　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　NO.  19-CV-5946-RBS<br>:<br>:<br>:<br>: |

**STIPULATION EXTENDING TIME FOR DEFENDANT**
**COLIN PURRINGTON TO RESPOND TO COMPLAINT**

Plaintiff A2CT, INC. d/b/a Spartan Mosquito ("Plaintiff") and defendant Colin Purrington ("Defendant") hereby stipulate and agree that the time for Defendant to answer Plaintiff's Complaint shall be extended up to and including Thursday, November 19, 2020.

Dated: October 30, 2020

| ALAN L. FRANK LAW ASSOCIATES, P.C. | KLEHR HARRISON HARVEY BRANZBURG LLP |
|---|---|
| */s/ Evan L. Frank* | */s/ Paige M. Willan* |
| Evan L. Frank (PA ID No. 311994)<br>135 Old York Road<br>Jenkintown, PA 19046<br>(215) 935-1000<br>efrank@alflaw.net | Paige M. Willan (PA ID No. 313117)<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>(215) 569-2700<br>pwillan@klehr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

APPROVED BY THE COURT THIS 4TH DAY OF NOVEMBER, 2020

　　　　　　　　　　　　　　　　　　/s/ ***R. Barclay Surrick***
　　　　　　　　　　　　　　　　　　**R. BARCLAY SURRICK, J.**

**Error! Unknown document property name.**