

**Colin Purrington** @colinpurrington · Oct 12

The reason citizens and organizations should write to their state officials *now* is because Spartan Mosquito must reapply to each state by Dec 31st for permission to sell. Please send your input today. Contact info: aapco.files.wordpress.com/2019/03/25b-wo....



It is illegal to sell Spartan Mosquito Eradicators in Idaho, New Mexico, South Dakota, Connecticut, and D.C.





**Colin Purrington**
@colinpurrington

Replying to @colinpurrington @AMCAtweets and 15 others

Why should states issue "stop sell" orders on scams like the Spartan Mosquito Eradicator? Because such devices are putting people's health at risk. The Association of American Pesticide Control Officials has detailed guidance for state regulators here: aapco.org/2015/07/02/fif....

> "Specifically, these untested pesticides often misleadingly and falsely claim to control public health pests with the result that consumers mistakenly and detrimentally rely upon these pesticides to protect their health."
>
> "If a claim is not supported by data, it is therefore considered false or misleading and does not qualify for the 25(b) minimum risk exemption. Lack of supporting data could be grounds for denial of state registration."
>
> Association of American Pesticide Control Officials (AAPCO) 25(b) Workgroup

2:09 PM · Oct 12, 2019 · Twitter Web App

EXHIBIT B