**Colin Purrington** @colinpurrington · Oct 10

Breaking 🛸 news: Amazon has stopped selling Spartan Mosquito Eradicators. I just thought everyone should know. cc @AMCAtweets @msdh @MSDeptofAg @PublicHealth @hburgamerican @Hattiesburg_MS @MS_MVCA @CityofLaurelMS @TruthinAd @MississippiSOS @mphassoc @MUVE_ESA @MIAlliance_info



💬 1  🔁 1  ♡ 32  ⬆

**Colin Purrington** @colinpurrington · Oct 10

This might be related to the efforts by @EPA and @amazon to remove items that violate the Federal Insecticide, Fungicide & Rodenticide Act. Spartan Mosquito and distributors often make health claims, e.g., which violate the FIFRA 25(b) exemption it enjoys.



**Amazon Services LLC FIFRA Settlement | US EPA**
This is the information sheet for Amazon Services LLC (Amazon).
🔗 epa.gov

💬 1  🔁 1  ♡ 2  ⬆

**Colin Purrington** @colinpurrington · Oct 10

Here are four examples showing how Spartan Mosquito Eradicator, distributors, and resellers push the idea that the devices protect against mosquito-borne diseases. All in clear violation of the FIFRA 25(b) exemption.



💬   🔁   ♡ 1  ⬆

**Colin Purrington** @colinpurrington · Oct 11

EXHIBIT C — ALL-STATE LEGAL®