

**Colin Purrington**
@colinpurrington

Spartan Mosquito Eradicators provide ideal habitat (water, sugar, yeast) for larvae of spotted-wing drosophila (Drosophila suzukii), an invasive pest of berries and soft-skinned fruit trees. Once mature they escape through holes in the cap.



0:13  154 views

11:02 AM · Oct 14, 2019 · Twitter Web App

1 Retweet   6 Likes

**Autumn Angelus** @AutumnAngelus · 2h
Replying to @colinpurrington
😂 can't do what they claim, so may as well produce a load of pests!

1                              1

**Colin Purrington** @colinpurrington · 1h
The spotted-wing drosophila probably inflicts $1 billion in damage each year, too. And plenty of losses in Mississippi, (right @MSBugBlues?), the home state of the Spartan Mosquito Eradicator.

1



EXHIBIT D