Comment

**Colin Purrington**

Here's a movie of the insects that ARE trapped inside a Spartan Mosquito Eradicator. Yes, there are larvae inside. Alive. And some of them are spotted-wing drosophila, an invasive pest of berries in the United States. So these devices are contributing to the spread of a pest.

View translation





EXHIBIT E