**Rani La Sorcière ~ Science Skeptic** @MilitaryRosary · Oct 11
so, do they use something that harms something other than mosquitoes? is that why they are banned?

♡ 3    ⟲    ♥ 1    ⬆

**Colin Purrington**
@colinpurrington

Replying to @MilitaryRosary

Spartan Mosquito Eradicator operates in a regulatory loophole, though, because it *doesn't* contain a regulated pesticide. If it had actual insecticide it would absolutely need to convince regulators that the device killed mosquitoes. It's a successful scheme.

2:07 PM · Oct 11, 2019 · Twitter Web App

1 Like

♡    ⟲    ♥    ⬆

**Rani La Sorcière ~ Science Skeptic** @MilitaryRosary · Oct 11
Replying to @colinpurrington
so it doesn't even kill mosquitoes? I mean, I'd never heard of them, before so i know nothing about them.

♡ 1    ⟲    ♥ 1    ⬆

**Colin Purrington** @colinpurrington · Oct 11
Nope. The Spartan Mosquito Eradicator doesn't kill mosquitoes. Not unless it falls on one. It's just a product marketed to folks who are predisposed to believe the name is truthful.

**Spartan Mosquito Eradicator (review) » Colin Purrington**
Spartan Mosquito Eradicators are selling like hotcakes around the country so I bought two and thought I'd share some thoughts. The ...
🔗 colinpurrington.com

♡ 1    ⟲    ♥ 1    ⬆

**Rani La Sorcière ~ Science Skeptic** @MilitaryRosary · Oct 11
wow. yeah, that's junk

♡    ⟲    ♥ 2    ⬆

EXHIBIT F