**Colin Purrington** @colinpurrington · 22h
The above claim suggests Spartan Mosquito misled states in @eparegion2, @EPAregion3, @USEPASoutheast, @EPAregion6, @EPAregion7, @EPAregion8, @EPAregion9, and @EPAnorthwest when it declared sodium chloride is the active ingredient that kills mosquitoes (an equally inane idea).



◯ 2    ⇄ 2    ♡ 2    ⬆

 **Colin Purrington**
@colinpurrington

Replying to @colinpurrington @EPAregion2 and 7 others

If you want to know more about Spartan Mosquito (4.5 million boxes sold!) go to the owner's Nov 13 lecture at @InnovateMS's Accelerate conference at the Westin in Jackson — Mr Hirsch is the Featured Innovator. He also received a #behindthebusiness award by the @MississippiSOS.



2:43 PM · Nov 7, 2019 · Twitter Web App


EXHIBIT G