B. Veronica

☆☆☆☆☆ **Overpriced: You can make this at home for $1 and a soda bottle.**
September 9, 2018
Verified Purchase

This is a mosquito trap. That is all it is. The ingredients are 11% salt and 88% table sugar with less than 1% yeast (that stuff you buy in the baking section). The yeast starts eating the sugar and the CO2 gas it produces attracts mosquitoes. They enter the device through conical 1-way holes (like in a minnow trap), they get trapped in there, and drop dead. That's why the water you add has to be warm. Yeast won't wake up in cold water.

The thing is, the company isn't trying to hide this fact from anyone. company co-president Jeremy Hirsch has given a number of interviews where he says exactly what's in there and how it works. The only thing is you shouldn't get fooled by the idea that you have to buy a new one of these every 90 days or whatever. Just make the mix at home, re-fill and you're good to go again. This is basically a small version of those large mosquito trap machines but it doesn't need electricity or propane.

If you want to save money, put out something online that says you are looking for used/empty Spartan canisters and just fill them with the % of ingredients to the weight level printed on the label itself.

86 people found this helpful

Helpful      ᴧ 6 comments      Report abuse

Comment

Sort by: Newest   Oldest

Showing 5 comments

Colin Purrington   17 days ago

Report abuse

Just a word of caution about adding the ingredients yourself. It still will not work. The design is flawed in so many ways it seems as if the owners of the company didn't even care. They just want to sell it to people who might not recognize it instantly as a scam.

ᴠ Leave a reply

