**SPARTAN MOSQUITO ERADICATOR - Best Whole Yard Outdoor Mosquito Protection Solution, More Effective...**

There seems to be some confusion. Are the mosquitos supposed to drink the solution and then die in the tube OR are they supposed to fly away and die?

asked on May 31, 2019

Answer this question

Your answers help others learn about this product

[ Answer ]

See all questions about this product

Showing 1-2 of 2 answers

The tubes are not designed for mosquitoes to die in them; mosquitoes typically enter the tube, drink the solution, and exit. However, their wings can sometimes get wet, and that can cause them to die inside the Eradicator.

LIGHTS ON DISTRIBUTORS Seller · May 31, 2019 | Delete

∨ Comments | Leave a Comment

I've never seen a mosquito inside my Spartan Mosquito Eradicators and I've also never seen a mosquito near it or on it. I looked through the company's website, Facebook page, and Instagram account and there's not a single photograph of a mosquito going through one of those holes. It's all a fiction to get gullible people to buy it.

Colin Purrington  August 5, 2019



EXHIBIT J
ALL-STATE LEGAL®