My mother purchased these. She paid $50 for only a few cents of ingredients. I am requesting the company contact me to discuss refunding her money.

asked on July 12, 2019

Answer this question

Your answers help others learn about this product

Answer

SPARTAN MOSQUITO ERADICATOR - Best Whole Yard Outdoor Mosquito Protection Solution; More Effective...

See all questions about this product

Showing 1-2 of 2 answers

I agree it's a rip off.

Nathan Thomas Herrington · July 19, 2019

Comments | Leave a Comment | Do you find this helpful? Yes | No | Report abuse

You can also complain to Amazon directly. Just state that the seller has used deceptive advertising and that the product doesn't work.

Colin Purrington · August 6, 2019

Leave a Comment | Do you find this helpful? Yes | No | Report abuse



EXHIBIT K
ALL-STATE LEGAL®