UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO,<br><br>                    Plaintiff,<br><br>    v.<br><br>COLIN PURRINGTON,<br><br>                    Defendant. | :<br>:<br>:<br>:  NO.  19-CV-5946-RBS<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S MOTION TO DISMISS COUNT II OF AMENDED COMPLAINT**

      Defendant Colin Purrington hereby moves to dismiss Count II of the Amended Complaint of AC2T, Inc. d/b/a Spartan Mosquito ("Spartan"), dated November 12, 2020, pursuant to Federal Rule of Civil Procedure 12(b)(6).  The grounds for Defendant's motion are set forth more fully in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Count II of Amended Complaint.

November 25, 2020          KLEHR HARRISON HARVEY BRANZBURG LLP

                                        By:  */s/ Paige M. Willan*
                                              Paige M. Willan
                                              1835 Market Street, 14th Floor
                                              Philadelphia, PA 19103
                                              (215) 569-2700
                                              pwillan@klehr.com

                                              *Attorneys for Defendant Colin Purrington*

## **CERTIFICATION OF SERVICE**

      I hereby certify that on November 25, 2020, I served a true and correct copy of the foregoing Defendant's Motion to Dismiss Count II of Amended Complaint, and the accompanying proposed order, via this Court's electronic filing system on the below-listed counsel for Plaintiff AC2T, Inc.:

Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
afrank@alflaw.net

*Counsel for Plaintiff AC2T, Inc.*

      By: */s/ Paige M. Willan*
           Paige M. Willan