UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> COLIN PURRINGTON, : <br> : <br> Defendant. : | NO. 19-CV-5946-RBS |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of Defendant Colin Purrington's Motion to Dismiss Count II of Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and the response thereto, if any, IT IS HEREBY ORDERED that the motion is GRANTED and Count II of the Amended Complaint is dismissed, with prejudice.

_____
Hon. R. Barclay Surrick, U.S.D.J.