UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO,<br><br>                Plaintiff,<br><br>v.<br><br>COLIN PURRINGTON,<br><br>                Defendant. | NO.  19-CV-5946-RBS<br><br>**ORAL ARGUMENT REQUESTED** |

## **DEFENDANT'S MOTION TO COMPEL**

Defendant Colin Purrington hereby moves to compel responses to certain interrogatories and document requests directed to plaintiff AC2T, Inc. d/b/a Spartan Mosquito ("Spartan"), pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37.  The grounds for Defendant's motion are set forth more fully in the accompanying Memorandum of Law in Support of Defendant's Motion to Compel.

Counsel for Purrington hereby certifies, pursuant to Rule 26.1(f) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, that the parties have met and conferred and that Defendant Purrington has made a reasonable effort to resolve this dispute without the intervention of this Court, but that such efforts have not been successful.

 November 25, 2020                KLEHR HARRISON HARVEY BRANZBURG LLP

                                            By:   */s/ Paige M. Willan*
                                                   Paige M. Willan
                                                   1835 Market Street, 14th Floor
                                                 Philadelphia, PA 19103
                                                 (215) 569-2700
                                                 pwillan@klehr.com

                                                 *Attorneys for Defendant Colin Purrington*

## CERTIFICATION OF SERVICE

I hereby certify that on November 25, 2020, I served a true and correct copy of the foregoing Defendant's Motion to Compel, and the accompanying proposed order, via this Court's electronic filing system on the below-listed counsel for Plaintiff AC2T, Inc.:

Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
afrank@alflaw.net

*Counsel for Plaintiff AC2T, Inc.*

By: /s/ Paige M. Willan
Paige M. Willan

PHIL1 9168923v.1