UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO, | : |
| Plaintiff, | : NO. 19-CV-5946-RBS |
| v. | : |
| COLIN PURRINGTON, | : |
| Defendant. | : |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of Defendant Colin Purrington's Motion to Compel, and the response thereto, if any, IT IS HEREBY ORDERED that the motion is GRANTED and it is further ORDERED that:

- Plaintiff shall respond to Interrogatories Nos. 5 and 10 within fourteen days of the date of this Order; and

- Plaintiff shall produce all documents responsive to Defendant's Document Requests Nos. 2, 3, 6, 9, 13, 14, 16, 21, 22, 23, 26, 31, and 32 within fourteen days of the date of this Order; and

- Plaintiff shall produce all documents responsive to Defendant's Document Request No. 30, including an unedited copy of the previously produced video, within fourteen days of the date of this Order; and

- Plaintiff's objections to Defendant's Document Requests Nos. 4, 5, 7, 8, 11, 12, 15, 20, and 25 are stricken; and

- Plaintiffs shall produce all documents responsive to Defendant's Document Requests Nos. 4, 5, 7, 8, 11, 12, 15, 20, and 25 within fourteen days of the date of this Order.

Case 2:19-cv-05946-RBS   Document 17-3   Filed 11/25/20   Page 2 of 2

                                  Hon. R. Barclay Surrick, U.S.D.J.

PHIL1 9234705v.1