UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. d/b/a SPARTAN MOSQUITO, | : |
| Plaintiff, | : NO. 19-CV-5946-RBS |
| v. | : |
| COLIN PURRINGTON, | : |
| Defendant. | : |

## NOTICE OF ENTRANCE OF APPEARANCE

NOTE that Trevor C. Serine, Esquire, of Serine Law, respectfully requests to be entered as lead counsel on behalf of Defendant, Colin Purrington, in the above-captioned action. Kindly withdraw the appearance of Paige M. Willan, Esquire, of Klehr Harrison Harvey Branzburg LLP, as Defendant has retained new counsel.

By: _____
**TREVOR C. SERINE, ESQUIRE**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

*Attorney for Defendant Colin Purrington*

## CERTIFICATION OF SERVICE

I hereby certify that on April 20, 2021, I served a true and correct copy of the foregoing Notice of Withdrawal of Appearance via this Court's electronic filing system on the below-listed counsel for Plaintiff AC2T, Inc., and prior counsel for Defendant Colin Purrington:

**Evan L. Frank, Esq.**
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
afrank@alflaw.net

**Paige M. Willan, Esquire**
1835 Market Street, 14th Floor
Philadelphia, PA 19103
pwillan@klehr.com

By: _____
TREVOR C. SERINE, ESQUIRE