UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AC2T, INC. d/b/a SPARTAN MOSQUITO,

                             Plaintiff,

         v.

COLIN PURRINGTON,

                         Defendant.

NO.  19-CV-5946-RBS

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

PLEASE TAKE NOTICE that Paige M. Willan, Esquire, of Klehr Harrison Harvey
Branzburg LLP, respectfully requests to be withdrawn as counsel on behalf of Defendant, Colin
Purrington, in this matter.  Ms. Willan is withdrawing her appearance as Defendant has retained
new counsel, Mr. Trevor Serine, Esquire.

April 20, 2021                 KLEHR HARRISON HARVEY BRANZBURG LLP

                         By:   */s/ Paige M. Willan*
                              Paige M. Willan
                              1835 Market Street, 14th Floor
                              Philadelphia, PA 19103
                              (215) 569-2700
                              pwillan@klehr.com

                              *Attorneys for Defendant Colin Purrington*

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on April 20, 2021, I served a true and correct copy of the foregoing Notice of Withdrawal of Appearance via this Court's electronic filing system on the below-listed counsel for Plaintiff AC2T, Inc., and new counsel for Defendant Colin Purrington:

Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
afrank@alflaw.net

*Counsel for Plaintiff AC2T, Inc.*

Trevor Serine, Esq.
30 West Third Street, First Floor
Media, PA  19063
tcs@serinelaw.com

*New Counsel for Defendant Colin Purrington*

By: */s/ Paige M. Willan*
Paige M. Willan