IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. *d/b/a* SPARTAN MOSQUITO | : : : CIVIL ACTION |
| v. | : : NO. 19-5946 |
| COLIN PURRINGTON | : |

# O R D E R

**AND NOW**, this 10th day of May 2021, upon consideration of Defendant's Motion to Dismiss Count II of the Amended Complaint (ECF No. 16), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**