UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, Inc., d/b/a Spartan Mosquito,<br><br>    Plaintiff<br>v.<br><br>Collin Purrington,<br><br>    Defendant | Case No. 2:19-cv-5946-RBS |

## STIPULATION TO EXTENSION OF TIME TO RESPOND

Plaintiff and Defendant hereby stipulate and agree to extend the time period to file an Answer in response to the Amended Complaint for a period of thirty (30) days from the date of this Stipulation.

By: _____
**Evan L. Frank, Esquire**
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
215-935-1000
efrank@alflaw.net

*Counsel for the Plaintiff AC2T, Inc.*

By: _____
**Trevor C. Serine, Esquire**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

*Attorney for Defendant Colin Purrington*

Date: 5/25/2021

APPROVED BY THE COURT THIS 26TH DAY OF MAY, 2021

/s/ R. Barclay Surrick
R. BARCLAY SURRICK, J.