# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,**<br><br>　　　　**Plaintiff**<br>　v.<br><br>**Colin Purrington,**<br><br>　　　　**Defendant** | **Case No. 2:19-cv-5946-RBS** |

## CERTIFICATE OF SERVICE

　I, Trevor C. Serine, Esquire, attorney for Colin Purrington, hereby certify that I served a true and correct copy of the Answer with New Matter and Counterclaim upon the following parties in the manner indicated on 6/24/2021.

**VIA FIRST-CLASS MAIL**
AC2T, Inc., d/b/a
Spartan Mosquito
c/o Evan L. Frank, Esquire
Alan L. Frank Law Associates, P.C
135 Old York Road
Jenkintown, PA 19046
efrank@alflaw.net

**VIA ELECTRONIC FILING NOTICE**
AC2T, Inc., d/b/a
Spartan Mosquito
c/o Evan L. Frank, Esquire
Alan L. Frank Law Associates, P.C
135 Old York Road
Jenkintown, PA 19046
efrank@alflaw.net

　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　**Trevor C. Serine, Esquire**
　　　　　　　　　　　　　Serine Law
　　　　　　　　　　　　　30 West Third Street, First Floor
　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　484-448-6426
　　　　　　　　　　　　　TCS@Serinelaw.com