UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | **Civil Action** |
| **Plaintiff,** | : | **Case Number:  2:19-cv-05946-RBS** |
| | : | |
| v. | : | **Jury Trial Demanded** |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**STIPULATION/ORDER EXTENDING TIME TO ANSWER COUNTERCLAIM**

The parties stipulate that the due date for the Plaintiff to answer the Defendant's counterclaim is extended from July 14, 2021 to July 28, 2021.

| | |
|---|---|
| /s/ Evan L. Frank | /s/ Trevor C. Serine |
| Evan L. Frank, Esq. | Trevor C. Serine, Esq. |
| Alan L. Frank Law Associates, P.C. | Serine Law |
| 135 Old York Road | 30 West Third Street, First Floor |
| Jenkintown, PA 19046 | Media, PA 19063 |
| 215-935-1000 | 484-448-6426 |
| 215-935-1110 (fax) | TCS@Serinelaw.com |
| efrank@alflaw.net | Counsel for Defendant |
| Counsel for Plaintiff | |

APPROVED BY THE COURT THIS 9th day of July, 2021

/s/ R. Barclay Surrick

R. BARCLAY SURRICK, J.