UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | **Civil Action** |
| **Plaintiff,** | : | **Case Number: 2:19-cv-05946-RBS** |
| | : | |
| v. | : | **Jury Trial Demanded** |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

**AND NOW,** this ____ day of _____, 2021, upon consideration of the Plaintiff's Motion to dismiss the Defendant's Counterclaim under Rule 12(b)(6) for failure to state a claim, and the Defendant's Response in opposition, it is hereby **ORDERED** that the Motion is **GRANTED** and the Defendant's Counterclaim is **DISMISSED.**

By the Court:

_____