**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | |
| **Plaintiff** | **Case No. 2:19-cv-5946-RBS** |
| v. | |
| **Colin Purrington,** | |
| **Defendant** | |

**ORDER**

**AND NOW,** this _____ day of _____, upon consideration of the Motion to Dismiss of the Plaintiff to the Counterclaim of Defendant Colin Purrington, and the response of the Counterclaim Plaintiff thereto, it is hereby **ORDERED** and **DECREED** that the Motion of the Plaintiff, Spartan, to Dismiss the Counterclaim of Colin Purrington is **DENIED**, with prejudice.

Spartan shall file an Answer to the Counterclaim within twenty (20) days hereof.

BY THE COURT:

_____
J.