UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

**AC2T, Inc., d/b/a**
**Spartan Mosquito,**

        **Case No. 2:19-cv-5946-RBS**

    **Plaintiff**
  **v.**

**Colin Purrington,**

    **Defendant**

---

### ORDER

     **AND NOW,** this _____ day of _____, upon consideration of the Motion of the Defendant for Sanctions against Plaintiff and its lawyers, Alan L. Frank Law Associates, PC, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion of the Defendant **GRANTED** and the following Sanctions imposed:

     Plaintiff AC2T, Inc. and its attorneys shall immediately pay to the Defendant the amount of $5,000.00 as sanction for its repeated, willful violations of the Rules of Procedure as well as the Pa. Rules of Professional Conduct, the Local Eastern District Rules, and pursuant to 28 U.S.C. Section 1927.

     Plaintiff, and its attorneys, are instructed to refrain from any and all further *ex-parte* communications to this Court on any substantive grounds whatsoever, or it shall be subject to further substantial monetary sanctions and/or disciplinary proceedings and removal of the offending attorney from the underlying action.

                                                     BY THE COURT:

                                                      _____
                                                                            J.