UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** : | |
| : | Civil Action |
| **Plaintiff,** : | Case Number: 2:19-cv-05946-RBS |
| : | |
| **v.** : | Jury Trial Demanded |
| : | |
| **Colin Purrington,** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

**AND NOW,** this ____ day of _____, 2021, upon consideration of Defendant's Motion for Sanctions and Plaintiff's Response in opposition, it is hereby **ORDERED** that the Motion is **DENIED.**

By the Court:

_____