# Evan Frank

| | |
|---|---|
| **From:** | Dee Wilk |
| **Sent:** | Tuesday, August 24, 2021 2:12 PM |
| **To:** | Chambers_of_Judge_R_Barclay_Surrick@paed.uscourts.gov |
| **Cc:** | Alan Frank; Evan Frank; tcs@serinelaw.com |
| **Subject:** | AC2T, Inc. v. Colin Purrington   No. 2:19-cv-05946-RBS |
| **Attachments:** | 2021-08-24 Judge Surrick re discovery.pdf; Exhibit A.pdf; Exhibit B.pdf; Proposed Order.pdf |

*Please see attached.*
*Regards.*

*Dee Wilk*, Legal Assistant
ALAN L. FRANK LAW ASSOCIATES, P.C.
135 Old York Road
Jenkintown, PA  19046
T:  215.935.1000
F: 215.935.1110
e-mail:  dwilk@alflaw.net

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be use, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalities under the Internal Revenue Code, or (ii) promoting,  marketing or recommending to another party any tax advice addressed herein.
*************************************************************************
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual(s) named above.  If you are not the intendedrecipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 215.935.1000 or notify us by e-mail at dmcguckin@alflaw.net.