# Evan Frank

| | |
|---|---|
| **From:** | Trevor C. Serine, Esq. <TCS@Serinelaw.com> |
| **Sent:** | Wednesday, August 25, 2021 8:49 AM |
| **To:** | Evan Frank |
| **Cc:** | Chambers_of_Judge_R_Barclay_Surrick@paed.uscourts.gov; Alan Frank; Dee Wilk |
| **Subject:** | Re: AC2T, Inc. v. Colin Purrington No. 2:19-cv-05946-RBS |
| **Attachments:** | frank 8-25-21 ex parte violation.pdf |

Mr. Frank - See attached correspondence in response to your 8/24 ex parte communication to Judge Surrick.

Thank you.


On 8/24/2021 6:12 PM, Dee Wilk wrote:

> *Please see attached.*
> *Regards.*
>
> *Dee Wilk*, Legal Assistant
> ALAN L. FRANK LAW ASSOCIATES, P.C.
> 135 Old York Road
> Jenkintown, PA  19046
> T:  215.935.1000
> F: 215.935.1110
> e-mail:  dwilk@alflaw.net
>
> IRS CIRCULAR 230 DISCLOSURE:
> Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be use, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalities under the Internal Revenue Code, or (ii) promoting,  marketing or recommending to another party any tax advice addressed herein.
> ******************************************************************
> This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual(s) named above.  If you are not the intendedrecipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 215.935.1000 or notify us by e-mail at dmcguckin@alflaw.net.

```
--
Trevor C. Serine, Esq.
Serine Law
30 West Third Street
Media, PA 19063
Direct (Office): 4844486426
Mobile/Signal: 4842694088
Fax: 6108927412
```

1

Serinelaw.com

This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.
No part of this correspondence constitutes tax advice under IRS regulations unless specifically indicated.