# Evan Frank

**From:** Evan Frank
**Sent:** Monday, October 4, 2021 3:24 PM
**To:** Donna Marley
**Cc:** Alan Frank; Trevor C. Serine, Esq.
**Subject:** RE: AC2T, Inc. v. Purrington – Civil Action No. 19-5946

Please note that these issues are still not resolved, despite defense counsel's e-mail below:
1. Defendant still refuses to attend a deposition after now almost 6 months of me trying to schedule it. Please also note that the pleadings are in fact closed, despite defense counsel's statement otherwise.
2. Defendant still has not responded to our 2nd document requests (Ex. A to our letter), which are now 7 ½ months overdue.

We therefore request the court rule on our discovery letter.
Respectfully,
Evan L. Frank, Esquire
ALAN L. FRANK LAW ASSOCIATES, P.C.
135 Old York Road
Jenkintown, PA 19046
Voice: 215.935.1000
Fax:   215.935.1110
e-mail: efrank@alflaw.net
ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

------------------------------------------------

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

---

**From:** Trevor C. Serine, Esq. <TCS@Serinelaw.com>
**Sent:** Thursday, September 30, 2021 12:44 PM
**To:** Evan Frank <EFrank@alflaw.net>; Donna Marley <Donna_Marley@paed.uscourts.gov>
**Cc:** Alan Frank <afrank@alflaw.net>
**Subject:** Re: AC2T, Inc. v. Purrington – Civil Action No. 19-5946

I apologize for the delay in response, I was in Court this morning.

With all due respect to opposing counsel, the pleadings stage has not yet closed, and therefore it is inappropriate to schedule any depositions at this time. Further, Plaintiff has failed to provide its relevant discovery, and an order has just been entered against them for same.

I intend to discuss these other outstanding discovery issues with opposing counsel by the end of this week, to attempt to resolve any purported issues. If there is an agreement, we will advise the Court accordingly.

Thanks,


On 9/29/2021 9:48 PM, Evan Frank wrote:

> No, unfortunately it has not been resolved. Defense has still not offered deposition dates, has not produced the documents, and has not served responses.
>
> **From:** Donna Marley <Donna_Marley@paed.uscourts.gov>
> **Sent:** Wednesday, September 29, 2021 4:25 PM
> **To:** Evan Frank <EFrank@alflaw.net>; Alan Frank <afrank@alflaw.net>; TCS@serinelaw.com
> **Subject:** AC2T, Inc. v. Purrington – Civil Action No. 19-5946
>
> Good afternoon Counsel:
>
> Back in August Chambers received correspondence indicating a discovery dispute. Please advise if the parties have resolved this matter.
>
> Thank you.
>
> Donna Marley

```
--
Trevor C. Serine, Esq.
Serine Law
30 West Third Street
Media, PA 19063
Direct (Office): 4844486426
Mobile/Signal: 4842694088
Fax: 6108927412
Serinelaw.com
```

This e-mail, along with any files transmitted with it, is intended solely for the
individual(s) or entity to whom it is addressed, and may contain confidential attorney-
client communication and/or privileged or confidential material. If you are not the
intended recipient, please do not read, copy, or retransmit this communication; destroy
it immediately and notify the sender. Any unauthorized use of this communication is
strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-
client or any other privilege.
No part of this correspondence constitutes tax advice under IRS regulations unless
specifically indicated.