IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. *d/b/a* SPARTAN MOSQUITO : | |
| : | CIVIL ACTION |
| v.   : | |
| : | NO. 19-5946 |
| COLIN PURRINGTON : | |

**O R D E R**

AND NOW, this  5th  day of October, 2021, upon consideration of Defendant's Motion for Sanctions (ECF No. 31), it is **ORDERED** that Plaintiff AC2T, Inc. respond to this Motion within ten days of the date of this Order.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**