UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

**AC2T, Inc., d/b/a
Spartan Mosquito,**

       **Plaintiff**

  v.

**Colin Purrington,**

       **Defendant**

**Case No. 2:19-cv-5946-RBS**

---

### ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion of the Defendant to determine Immunity Pursuant to 27 Pa. C.S.A § 8301, *et seq. a*nd 27 Pa. C.S.A.§ 8303, and for a determination of attorneys fees and costs for same pursuant to 27 Pa. C.S § 7707, and the response thereto, it is hereby **ORDERED** and **DECREED** that the Motion of the Defendant **GRANTED**.

All statements by Defendant Colin Purrington itemized within the Civil Action Complaint of the Plaintiff are, after review, hereby determined to be **IMMUNE** from all civil liability pursuant to the strict dictates of 27 Pa. C.S.A § 8301, *et seq.* The Civil Action Complaint of the Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito, is hereby **DISMISSED**, **with prejudice.**

Defendant Colin Purrington is further awarded all costs, expenses, and attorney's fees resulting from the Hearing and for the underlying civil litigation, pursuant to 27 Pa. C.S.A. § 8301, *et seq.,* 27 Pa. C.S § 7707.

BY THE COURT:

_____
                                            J.