IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. dba SPARTAN MOSQUITO | : : : | CIVIL ACTION |
| v. | : : | NO. 19-5946 |
| COLIN PURRINGTON | | |

# O R D E R

**AND NOW**, this   7th   day of   March  , 2022, with the agreement of Counsel, it is **ORDERED** that a Telephone Conference is scheduled for Tuesday, March 8, 2022 at 1:30 p.m., utilizing the dial-in information code provided.

BY THE COURT:

*/s/ R. BARCLAY SURRICK*
**R. BARCLAY SURRICK, J.**