IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. *d/b/a* | : | |
| SPARTAN MOSQUITO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5946 |
| COLIN PURRINGTON | : | |

# O R D E R

**AND NOW**, this 9th day of March 2022, after a telephone conference with counsel, it is

**ORDERED** as follows:

1.  All discovery motions shall be filed on or before March 19, 2022.  Responses to

    discovery motions shall be filed on or before March 29, 2022.

2.  A second discovery conference will be held upon the joint request of counsel.

    **IT IS SO ORDERED.**

> BY THE COURT:
>
> */s/ R. Barclay Surrick*
> **R. BARCLAY SURRICK, J.**