**Evan L. Frank, Esq.**
**Alan L. Frank Law Associates, P.C.**
**PA Bar No. 311994**
**135 Old York Road**
**Jenkintown, PA 19046**
**215-935-1000**
**215-935-1110 (fax)**
**efrank@alflaw.net**
**Counsel for Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** : | |
| : | **Civil Action** |
| **Plaintiff,** : | **Case No. 2:19-cv-05946-RBS** |
| : | |
| v. : | |
| : | |
| **Colin Purrington,** : | |
| : | |
| **Defendant.** : | |
| : | |

### PLAINTIFF'S SECOND AMENDED NOTICE OF VIDEOTAPE DEPOSITION

**TO:**   **Colin Purrington**
   **c/o Trevor C. Serine, Esq.**
   **Serine Law**
   **30 West Third Street, 1st Floor**
   **Media, PA  19063**

*PLEASE TAKE NOTICE* that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito, will take the videotaped deposition of Defendant, Colin Purrington on **Friday, September 10th, 2021 at 9:30 a.m., at Alan L. Frank Law Associates, P.C., 135 Old York Road, Jenkintown, PA 19046** before a person authorized by the laws of the Commonwealth of Pennsylvania to administer oaths.

The deposition will be recorded stenographically and by video.  This office will secure the court reporter and videographer.

                                        Respectfully submitted,

                                        _/s/ Evan L. Frank_____
                                        Evan L. Frank, Esq.
                                        Alan L. Frank Law Associates, P.C.
                                        135 Old York Road
                                        Jenkintown, PA 19046
                                        215-935-1000
                                        215-935-1110 (fax)
                                        efrank@alflaw.net
                                        Counsel for Plaintiff

August 18, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing was served by email upon:

                                        Trevor C. Serine, Esq.
                                        Serine Law
                                        30 West Third Street, 1st Floor
                                        Media, PA 19063
                                        tcs@serinelaw.com
                                        Counsel for Defendant

                                        _/s/ Evan L. Frank_____
                                        Evan L. Frank, Esq.

August 18, 2021