Alan L. Frank, Esq.
Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
PA Bar Nos. 34414/311994
135 Old York Road
Jenkintown, PA 19046
215-935-1000
215-935-1110 (fax)
afrank@alflaw.net ; efrank@alflaw.net
**Counsel for Plaintiff**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, Inc., d/b/a Spartan Mosquito, | : | |
| | : | Civil Action |
| Plaintiff, | : | Case No. 2:19-cv-05946-RBS |
| | : | |
| v. | : | |
| | : | |
| Colin Purrington, | : | |
| | : | |
| Defendant. | : | |

### PLAINTIFF'S NOTICE OF VIDEOTAPE DEPOSITION

TO:  Colin Purrington
c/o Paige M .Willan, Esq.
Douglas F. Schleicher, Esq.
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, 14th Floor
Philadelphia, PA  19103


*PLEASE TAKE NOTICE* that in accordance with the Federal Rules of Civil Procedure, the Plaintiff AC2T, Inc., d/b/a Spartan Mosquito will take the videotaped deposition testimony of Defendant, Colin Purrington  upon oral examination before a person authorized by the laws of the Commonwealth of Pennsylvania to administer oaths on the **20ʰ day of April, 2021 at 9:30**

a.m., at Alan L. Frank Law Associates, P.C., 135 Old York Road, Jenkintown, PA 19046, with respect to all matters relevant to the subject matter involved in this action.

The oral examination(s) will be recorded stenographically and will continue from day to day until completed.

Respectfully submitted,

*/s/ Alan L. Frank*

Alan L. Frank, Esq. #34414
Evan L. Frank, Esq. #311994
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
215-935-1000
215-935-1110 (fax)
afrank@alflaw.net; efrank@alflaw.net
Counsel for Plaintiff

April 6, 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, service of a true and correct copy of the attached Notice of Videotape Deposition was made via email only upon the following:

Paige M .Willan, Esq.
Douglas F. Schleicher, Esq.
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, 14th Floor
Philadelphia, PA  19103
pwillan@klehr.com; dschleicher@klehr.com

_____
ALAN L. FRANK, ESQUIRE

DATED:  April 6, 2021

3