**Evan Frank**

| | |
|---|---|
| **From:** | Evan Frank |
| **Sent:** | Wednesday, June 23, 2021 11:57 AM |
| **To:** | Trevor C. Serine, Esq. |
| **Subject:** | RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946 |
| **Attachments:** | PI Second RFPDs.pdf |

Following up on below – can we confirm one of these days at the end of July?
Also, we served some discovery requests back in January, before you were involved in the case. I'm attaching them again in case you don't have them.

---

**From:** Evan Frank
**Sent:** Tuesday, June 15, 2021 1:51 PM
**To:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

How about the last week in July, 26, 27, 28, 29, or 30?

---

**From:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Sent:** Thursday, June 10, 2021 5:10 PM
**To:** Evan Frank <EFrank@alflaw.net>
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

Hey Evan – I won't be available that week, my wife is due to give birth July 1.

We can circle back once he is born, or you can send me a block of dates later in July?

Thanks,

**Trevor C. Serine, Esq.**
30 West Third Street
Media, PA 19063
Direct (Office): 484.448.6426
Mobile: 484.269.4088
Fax: 610.892.7412
https://Serinelaw.com

This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.

---

**From:** Evan Frank [mailto:EFrank@alflaw.net]
**Sent:** Thursday, June 10, 2021 2:27 PM
**To:** Trevor C. Serine, Esq.
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

Following up on below, can you please send me available dates from June 29 to July 8? Thank you.

**From:** Evan Frank
**Sent:** Thursday, June 3, 2021 4:28 PM
**To:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

Since we won't have your answer in time, we would like to move back the deposition until after it's filed. Can you please send me some available dates for you and your client for June 29 – July 8?
Thanks,
Evan

**From:** Evan Frank
**Sent:** Wednesday, May 26, 2021 1:39 PM
**To:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

Here it is.
Evan

**From:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Sent:** Wednesday, May 26, 2021 12:47 PM
**To:** Evan Frank <EFrank@alflaw.net>
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

Sure – see attached.

Thanks!

**Trevor C. Serine, Esq.**
30 West Third Street
Media, PA 19063
Direct (Office): 484.448.6426
Mobile: 484.269.4088
Fax: 610.892.7412
https://Serinelaw.com

*This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.*

**From:** Evan Frank [mailto:EFrank@alflaw.net]
**Sent:** Wednesday, May 26, 2021 12:38 PM
**To:** Trevor C. Serine, Esq.
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

I didn't receive an attachment on the last e-mail. Would you please send it again?
Thanks,
Evan

**From:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Sent:** Tuesday, May 25, 2021 5:04 PM
**To:** Evan Frank <EFrank@alflaw.net>; Alan Frank <afrank@alflaw.net>

Cc: 'Donna Marley' <Donna_Marley@paed.uscourts.gov>
Subject: RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

**GRAPHUS**
**Warning:** Sender @tcs@serinelaw.com has never sent any emails to your organization.
Please be careful before replying or clicking on the URLs.
Report Phishing Remove Banner
powered by Graphus®

Dear Counsel,

As noted below, a short extension is necessary in order to properly prepare the Answer. To that end, it is appreciated if you would kindly execute the attached Stipulation for an Extension of Time to respond.

Feel free to contact me to discuss.

Thank you,

**Trevor C. Serine, Esq.**
30 West Third Street
Media, PA 19063
Direct (Office): 484.448.6426
Mobile: 484.269.4088
Fax: 610.892.7412
https://Serinelaw.com

*This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.*

**From:** Donna Marley [mailto:Donna_Marley@paed.uscourts.gov]
**Sent:** Tuesday, May 25, 2021 4:43 PM
**To:** Trevor C. Serine, Esq.
**Cc:** EFrank@alflaw.net; afrank_alflaw.net
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

Thank you for your response. If all parties agree to an extension, you can prepare a stipulation and email same for the Judge's approval.

Best,

Donna Marley

**From:** Trevor C. Serine, Esq. <tcs@serinelaw.com>
**Sent:** Tuesday, May 25, 2021 4:41 PM
**To:** Donna Marley <Donna_Marley@paed.uscourts.gov>
**Cc:** EFrank@alflaw.net; afrank_alflaw.net <afrank@alflaw.net>
**Subject:** RE: AC2T, Inc. v. Purrington - Civil Action No. 19-5946

**CAUTION - EXTERNAL:**

Good afternoon Ms. Marley:

We will be filing an Answer, but there have been some difficulties and delays, and I have just recently been retained and have been getting up to speed.

If Plaintiff's counsel agrees, I would request an brief extension of time to file the Answer not to exceed 30 days.

Thanks,

**Trevor C. Serine, Esq.**
30 West Third Street
Media, PA 19063
Direct (Office): 484.448.6426
Mobile: 484.269.4088
Fax: 610.892.7412
https://Serinelaw.com

*This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.*

**From:** Donna Marley [mailto:Donna_Marley@paed.uscourts.gov]
**Sent:** Tuesday, May 25, 2021 4:27 PM
**To:** TCS@serinelaw.com
**Cc:** EFrank@alflaw.net; afrank_alflaw.net
**Subject:** AC2T, Inc. v. Purrington – Civil Action No. 19-5946

Good afternoon Counsel:

Will you be filing an answer to the amended complaint?

Thank you.

Donna Marley

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.