# Evan Frank

| | |
|---|---|
| **From:** | Evan Frank |
| **Sent:** | Monday, August 16, 2021 12:25 PM |
| **To:** | Trevor C. Serine, Esq. |
| **Subject:** | AC2T v. Purrington |
| **Attachments:** | Pl Second RFPDs.pdf |

Good afternoon – We would like to schedule the defendant's deposition. Also, these document requests attached are from January, so they are way overdue.
We've tried to schedule the deposition several times already, and resent the document requests to you back in June. Can you give us a date when you and your client are available and also provide responses to these document requests.
Thanks,
Evan