UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | **Civil Action** |
| Plaintiff, | : | Case Number:  2:19-cv-05946-RBS |
| | : | |
| v. | : | **Jury Trial Demanded** |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this _____ day of _____, 2022, upon consideration of Plaintiff's Motion to Compel and Defendant's Response, it is hereby **ORDERED:**

    1.    Defendant shall attend and testify at his deposition within fourteen (14) days after this Order.

    2.    Defendant shall produce the documents requested in Plaintiff's Second Requests for Production of Documents at least three (3) days prior to his deposition.

By the Court:

_____