**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

**AC2T, Inc., d/b/a**
**Spartan Mosquito,**

        **Plaintiff**           **Case No. 2:19-cv-5946-RBS**

  v.

**Colin Purrington,**

        **Defendant**

---

**ORDER**

    **AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion of the Defendant for Sanctions and Preclusion pursuant to F.R.C.P. 1, 26, and 37 and 28 U.S.C. Section 1927, for the repeated bad faith failure to produce material documents and evidence, for the knowing spoliation of evidence, and for the willful violation of an Order of this Court, and considering the response of the Plaintiff thereto, it is hereby **ORDERED** and **DECREED** that the Motion of the Defendant for Sanctions is **GRANTED**.

    It is hereby determined that:

1) Plaintiff AC2T Inc., d/b/a Spartan Mosquito, has acted in bad faith during the course of this litigation;

2) Plaintiff AC2T Inc., d/b/a Spartan Mosquito, has knowingly violated an Order of this Court; and,

3) Plaintiff AC2T Inc., d/b/a Spartan Mosquito, has knowingly and willfully allowed the spoliation of material evidence, including records that are fundamental to the claims of the Plaintiff and the defenses of the Defendant.

As a result of the findings and actions of the Plaintiff, the records not produced to date are **PRECLUDED** and the Civil Action Complaint of the Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito, is hereby **DISMISSED**, **with prejudice.**

Further**,** Defendant Colin Purrington is further awarded all costs, expenses, and attorney's fees in connection with this Motion and with the discovery inquiries and attempts.

BY THE COURT:

_____

J.