UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, Inc., d/b/a Spartan Mosquito, | : | |
| | : | Civil Action |
| Plaintiff, | : | Case Number: 2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| Colin Purrington, | : | |
| | : | |
| Defendant. | : | |
| | : | |

ORDER

**AND NOW,** this ____ day of _____, 2022, upon consideration of Defendant's Second Motion for Sanctions and Plaintiff's Response, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall not file further motions for sanctions without prior leave of Court.

By the Court:

_____