UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

**AC2T, Inc., d/b/a**
**Spartan Mosquito,**

**Case No. 2:19-cv-5946-RBS**

       **Plaintiff**

  v.

**Colin Purrington,**

       **Defendant**

---

### ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion of the Plaintiff to Compel responses to Requests for Production - Set II from Defendant and to compel a deposition thereof, and the response thereto, it is hereby **ORDERED** and **DECREED** that the Motion of the Plaintiff **DENIED** with prejudice as to the Requests, and **DENIED** without prejudice as to the Deposition request.

 

BY THE COURT:

_____
                                        J.