UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | Civil Action |
| Plaintiff, | : | Case Number:  2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this _____ day of _____, 2022, upon consideration of Plaintiff's Motion for leave to file exhibits under seal, it is hereby **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall submit a paper copy of the exhibits to the Clerk of Court with a copy of this Order attached.

By the Court:

_____