**Evan L. Frank, Esq.**
**Alan L. Frank Law Associates, P.C.**
**PA Bar No. 311994**
**135 Old York Road**
**Jenkintown, PA 19046**
**215-935-1000**
**215-935-1110 (fax)**
**efrank@alflaw.net**
**Counsel for Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | **Civil Action** |
| Plaintiff, | : | **Case Number: 2:19-cv-05946-RBS** |
| | : | |
| v. | : | **Jury Trial Demanded** |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record by ECF/Pacer.

                                                                               Respectfully submitted,

                                                                               /s/ Evan L. Frank
                                                                               Evan L. Frank, Esq.  (PA #311994)
                                                                               Alan L. Frank Law Associates, P.C.
                                                                               135 Old York Road
                                                                               Jenkintown, PA 19046
                                                                               215-935-1000/ 215-935-1110 (fax)
                                                                               afrank@alflaw.net
                                                                               Counsel for Plaintiff

April 22, 2022