**Evan L. Frank, Esq.**
**Alan L. Frank Law Associates, P.C.**
**PA Bar No. 311994**
**135 Old York Road**
**Jenkintown, PA 19046**
**215-935-1000**
**215-935-1110 (fax)**
**efrank@alflaw.net**
**Counsel for Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | Civil Action |
| **Plaintiff,** | Case Number: 2:19-cv-05946-RBS |
| v. | Jury Trial Demanded |
| **Colin Purrington,** | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2022, a copy of the foregoing was served on all counsel of record by CM/ECF.

          /s/ Evan L. Frank_____
          Evan L. Frank, Esq.