UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | Civil Action |
| **Plaintiff,** | : | Case Number: 2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW,** this      day of            , 2022, it is hereby **ORDERED** that the following deadlines shall govern discovery and dispositive motions in this action:

Fact discovery:        August 10, 2022
Expert reports:        August 24, 2022
Dispositive Motions and
Daubert Motions:    September 23, 2022

It is further **ORDERED** that Defendant shall appear for his deposition within fourteen (14) days following this Order. At least three (3) days prior to Defendant's deposition, Defendant shall produce the documents requested in Plaintiff's second set of document requests.

By the Court:

_____