IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-5946 |
| | : | |
| COLIN PURRINGTON | : | |

**O R D E R**

**AND NOW**, this 28th day of July, 2022, upon consideration of Plaintiff's Motion for Discovery (ECF No. 44), Defendant's Second Motion for Sanctions (ECF No. 45), and Plaintiff's Motions to Seal (ECF No. 49) and Motion to Enter a Scheduling Order (ECF No. 52), it is **ORDERED** that a Hearing on these Motions is scheduled for Wednesday, August 17, 2022, at 1:00 p. m. in Courtroom 8A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. All parties shall attend this hearing.

**IT IS SO ORDERED**.

BY THE COURT:

s/ *R. Barclay Surrick*

_____
**R. BARCLAY SURRICK, J.**