UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** : | |
| : | Civil Action |
| **Plaintiff,** : | Case Number: 2:19-cv-05946-RBS |
| : | |
| v. : | Jury Trial Demanded |
| : | |
| **Colin Purrington,** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

**AND NOW,** this ____ day of _____, 2022, upon consideration of Plaintiff's Motion to Hold Defendant in Contempt of Paragraph 1(b) of Order at ECF 55 for not Producing Documents or Identifying Where They Were Already Produced, and any Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED:**

1. The Court finds that Defendant is in contempt of the August 19, 2022 Order at ECF 55.

2. Defendant shall produce all documents requested in the second set of requests for document production within seven (7) days from the date of this Order. If Defendant asserts that he has previously provided the requested information, then within seven (7) days from the date of this Order, he must clearly state what responsive information has been provided and provide bates numbers to direct Plaintiff where to find that information.

3. Once Defendant has complied with this Order, he shall immediately file a certification that he has done so. If Defendant fails to comply within the time limits set out above, a default judgment will be taken against him.

4. Plaintiff shall submit a request for attorney's fees corresponding to the Contempt Motion.

By the Court:

_____