UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, Inc., d/b/a Spartan Mosquito, | : | |
| | : | Civil Action |
| Plaintiff, | : | Case Number: 2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| Colin Purrington, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE THAT DEFENDANT HAS NOT FILED A RESPONSE TO PLAINTIFF'S CONTEMPT MOTION (ECF 57)**

On August 19, 2022 the Court entered an Order (ECF 55) granting Plaintiff's Motion to Compel.  Among other things, the Court ordered Defendant to produce documents sought by Plaintiff's second set of document requests or, if he has already produced them, to identify by bates number where they were produced.  Id., ¶ 1(b).  Defendant did not comply with the Order – he did not produce documents and he did not identify by bates number where they were already produced.  On October 4, 2019, Plaintiff filed a Motion (ECF 57) to hold Defendant in contempt.  The time for response has passed, Defendant did not file a response, and Defendant has still not complied with the Court's Order.  Plaintiff therefore requests that the Court grant Plaintiff's Motion at ECF 57, hold Defendant in contempt, and enter the proposed order attached to Plaintiff's Motion.

Respectfully submitted,

 /s/ Evan L. Frank_____
Evan L. Frank, Esq.  (PA #311994)
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
215-935-1000/ 215-935-1110 (fax)
efrank@alflaw.net

October 19, 2022                                                    Counsel for Plaintiff