**CERTIFICATE OF SERVICE**

      I hereby certify that on this day a copy of the foregoing was served on all counsel of record by ECF/Pacer.

/s/ Evan L. Frank_____
Evan L. Frank, Esq.

October 19, 2022