UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**AC2T, Inc., d/b/a Spartan Mosquito,**

    **Plaintiff**

v.

**Colin Purrington,**

    **Defendant**

Case No. 2:19-cv-5946-RBS

### ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion of the Plaintiff for contempt, and the response thereto, it is hereby **ORDERED** and **DECREED** that the Motion of the Plaintiff **DENIED**.

BY THE COURT:

_____
                                                                                 J.