IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5946 |
| COLIN PURRINGTON | : | |

### AMENDED ORDER

**AND NOW**, this 14th day of November 2022, it is hereby **ORDERED** that the Scheduling Order dated September 16, 2022 (ECF No. 56), is amended as follows:

1. Trial is scheduled for June 20, 2023, at 9:30 a.m. in Courtroom 8-A. All counsel are attached for trial.[1]

In all other respects, the Amended Scheduling Order shall remain the same.

**IT IS SO ORDERED**.

BY THE COURT:

s/ *R. Barclay Surrick*

_____
**R. BARCLAY SURRICK, J.**

---

[1] The original trial date June 19, 2023, is a Federal holiday.