# Evan Frank

| | |
|---|---|
| **From:** | Evan Frank |
| **Sent:** | Monday, November 28, 2022 3:23 PM |
| **To:** | Trevor C. Serine, Esq. |
| **Subject:** | RE: Deposition 11-18-22 |

Reaching out again regarding below. We are still willing to have Mr. Hirsch come to PA for a deposition. If that is what you want then please give me some dates when you are available. If you want to depose Mr. Bonner on zoom or near his place of business, you can also do so.

**From:** Evan Frank
**Sent:** Thursday, November 17, 2022 10:58 AM
**To:** Trevor C. Serine, Esq. <TCS@Serinelaw.com>
**Subject:** RE: Deposition 11-18-22

My answer is the same as before: If you want Mr. Hirsch the day before Thanksgiving, then you have to do it on zoom. If you want him in person in PA, then you have to do it on a different day. However, we're not bringing Mr. Bonner to PA.


**From:** Trevor C. Serine, Esq. <TCS@Serinelaw.com>
**Sent:** Thursday, November 17, 2022 8:33 AM
**To:** Evan Frank <EFrank@alflaw.net>
**Subject:** Deposition 11-18-22


Good morning Evan:

Kindly confirm the attendance of your client at the deposition scheduled for 11/18/22 by 11:00 am today or the deposition will be canceled for non-compliance and to avoid the no-show/cancellation fee from the reporter.

Thanks,

--
Trevor C. Serine, Esq.
Serine Law
30 West Third Street
Media, PA 19063
Direct (Office): 4844486426
Mobile/Signal: 4842694088
Fax: 6108927412
Serinelaw.com

This e-mail, along with any files transmitted with it, is intended solely for the
individual(s) or entity to whom it is addressed, and may contain confidential attorney-
client communication and/or privileged or confidential material. If you are not the
intended recipient, please do not read, copy, or retransmit this communication; destroy
it immediately and notify the sender. Any unauthorized use of this communication is
strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-
client or any other privilege.

No part of this correspondence constitutes tax advice under IRS regulations unless specifically indicated.

## Evan Frank

| | |
|---|---|
| **From:** | Trevor C. Serine, Esq. <TCS@Serinelaw.com> |
| **Sent:** | Tuesday, November 15, 2022 2:33 PM |
| **To:** | Evan Frank |
| **Subject:** | Re: Depositions |
| **Attachments:** | 3rd Notice of Dep - Hirsch.pdf; 3rd Notice of Dep - Bonner.pdf |

Evan:

See attached Notices of Deps for Mr. Bonner on the 18th, and Mr. Hirsch on the 23rd. A Court reporter is scheduled for the 18th and reserved for the 23rd. This is a change than what we were discussing yesterday, but it is within your suggested dates.

We want to take the deposition of Mr. Bonner prior to deposing Mr. Hirsch, in the event that there is information obtained from Mr. Bonner that is relevant to Mr. Hirsch's dep.

Thanks,


On 11/14/2022 9:35 PM, Trevor C. Serine, Esq. wrote:

> Ok - left a message with the court reporting service. Assuming they are available (I should know by tomorrow morning but I don't have any reason to think they aren't), we can go forward with the 18th with Mr. Hirsch.
>
> Thanks
>
> On 11/14/2022 9:21 PM, Evan Frank wrote:
>> The 18th is good for Mr. Hirsch. Please confirm ASAP so he can book a ticket.
>>
>> **From:** Trevor C. Serine, Esq. <TCS@Serinelaw.com>
>> **Sent:** Monday, November 14, 2022 3:55 PM
>> **To:** Evan Frank <EFrank@alflaw.net>
>> **Subject:** Re: Depositions
>>
>>
>> I am only available on the 18th and on the 23rd.
>>
>> Thanks
>>
>> On 11/9/2022 3:04 AM, Evan Frank wrote:
>>> We're not available the days you noticed for the depositions of Mr. Hirsch and Mr. Bonner. However, we would like to schedule them either next week (Nov. 14-18) or the three days before Thanksgiving (Nov. 21-23). Can you please let me know when you are available in those two weeks, and then I will confirm with the witnesses and get these scheduled.

1

Additionally, you can depose Mr. Hirsch in PA. However, Mr. Bonner is not an officer or director of the company and therefore cannot be required to travel for his deposition.

Evan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.935.1000 – Office
215.935.1110 – Fax
efrank@alflaw.net
Come visit us at Alflaw.net

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

-------------------------------------------------

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at afrank@alflaw.net

--
Trevor C. Serine, Esq.
Serine Law
30 West Third Street
Media, PA 19063
Direct (Office): 4844486426
Mobile/Signal: 4842694088
Fax: 6108927412
Serinelaw.com


This e-mail, along with any files transmitted with it, is
intended solely for the individual(s) or entity to whom it is
addressed, and may contain confidential attorney-client
communication and/or privileged or confidential material. If you
are not the intended recipient, please do not read, copy, or
retransmit this communication; destroy it immediately and notify
the sender. Any unauthorized use of this communication is
strictly prohibited. Unintended transmissions do not constitute
waiver of the attorney-client or any other privilege.
No part of this correspondence constitutes tax advice under IRS
regulations unless specifically indicated.

--
Trevor C. Serine, Esq.
Serine Law
30 West Third Street

2

Media, PA 19063
Direct (Office): 4844486426
Mobile/Signal: 4842694088
Fax: 6108927412
Serinelaw.com


This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.
No part of this correspondence constitutes tax advice under IRS regulations unless specifically indicated.

--
Trevor C. Serine, Esq.
Serine Law
30 West Third Street
Media, PA 19063
Direct (Office): 4844486426
Mobile/Signal: 4842694088
Fax: 6108927412
Serinelaw.com


This e-mail, along with any files transmitted with it, is intended solely for the individual(s) or entity to whom it is addressed, and may contain confidential attorney-client communication and/or privileged or confidential material. If you are not the intended recipient, please do not read, copy, or retransmit this communication; destroy it immediately and notify the sender. Any unauthorized use of this communication is strictly prohibited. Unintended transmissions do not constitute waiver of the attorney-client or any other privilege.
No part of this correspondence constitutes tax advice under IRS regulations unless specifically indicated.