**Evan L. Frank, Esq.**
**Alan L. Frank Law Associates, P.C.**
**PA Bar No. 311994**
**135 Old York Road**
**Jenkintown, PA 19046**
**215-935-1000**
**215-935-1110 (fax)**
**efrank@alflaw.net**
**Counsel for Plaintiff**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | Civil Action |
| Plaintiff, | : | Case Number:  2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record by ECF/Pacer.

        Respectfully submitted,

        _/s/ Evan L. Frank_____
        Evan L. Frank, Esq.  (PA #311994)
        Alan L. Frank Law Associates, P.C.
        135 Old York Road
        Jenkintown, PA 19046
        215-935-1000/ 215-935-1110 (fax)
        afrank@alflaw.net
        Counsel for Plaintiff

December 22, 2022