UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | **Civil Action** |
| **Plaintiff,** | : | **Case Number: 2:19-cv-05946-RBS** |
| | : | |
| v. | : | **Jury Trial Demanded** |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

**AND NOW,** this ____ day of _____, 2022, upon consideration of Defendant's Third Motion for Sanctions and Plaintiff's Response, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall not file further motions for sanctions without prior leave of Court.

By the Court:

_____