UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | Civil Action |
| **Plaintiff,** | : | Case Number:  2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

      **AND NOW,** this       day of            , 2023, upon consideration of Plaintiff's Motion in Limine to exclude evidence of other litigation, and Defendant's Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED:**  Defendant shall not introduce any testimony or evidence related to other litigation involving Plaintiff, including 1) Consolazio v. AC2T, Inc. et al – 20-cv-3477 – Southern District of New York, and 2) Rosenfeld v. AC2T, Inc. et al – 20-cv-4662 – Eastern District of New York.

                                                        By the Court:

                                                        _____