**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on all counsel of record by CM/ECF.

                                                      Respectfully submitted,

                                                      /s/ Evan L. Frank_____
                                                      Evan L. Frank, Esq.

May 22, 2023