UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | Civil Action |
| **Plaintiff,** | : | Case Number:  2:19-cv-05946-RBS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| **Colin Purrington,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### ORDER

**AND NOW,** this       day of                , 2023, upon consideration of Plaintiff's Motion in Limine under F.R.E. 701 to preclude lay opinion testimony by Defendant, and Defendant's Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED:**  Defendant shall not offer opinion testimony concerning health risks, spread of diseases, spread of invasive species, or mosquito control efficacy.

By the Court:

_____