## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on all counsel of record by CM/ECF.

Respectfully submitted,

/s/ Evan L. Frank
Evan L. Frank, Esq.

May 22, 2023