IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, INC. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-5946 |
| : | |
| COLIN PURRINGTON : | |

**O R D E R**

**AND NOW**, this  23rd  day of   May  , 2023, at the request of Counsel and the agreement of Counsel, it is **ORDERED** that a Telephone Status Conference is rescheduled for Thursday, May 25, 2023, at 1:00 p.m.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**