IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AC2T, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5946 |
| COLIN PURRINGTON | : | |

## O R DE R

**AND NOW**, this 26th day of May 2023, it is **ORDERED** that the final pretrial conference and trial presently scheduled for June 15, 2023, at 2:00 p.m. and June 20, 2023, at 9:30 a.m. are continued until further order of the Court.[1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
R. BARCLAY SURRICK, J.

---

[1] Parties have filed discovery motions as well as motions in limine the Court needs additional time to issue a ruling.