UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AC2T, Inc., d/b/a Spartan Mosquito,<br><br>        Plaintiff,<br><br>    v.<br><br>Colin Purrington,<br><br>        Defendant. | Civil Action<br>Case Number: 2:19-cv-05946-RBS<br><br>Jury Trial Demanded |

## ORDER

**AND NOW**, on this _____ day of _____, 2024 upon the Motion filed by and on behalf of Alan L. Frank, Esquire, Evan L. Frank, Esquire and Alan L. Frank Law Associates, P.C., and upon the Court having determined that just cause exists for the relief requested therein, it is hereby

**ORDERED** and **DECREED** that as of the date hereof, Alan L. Frank, Esquire, Evan L. Frank, Esquire and Alan L. Frank Law Associates, P.C. shall be permitted to withdraw as Counsel for Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito in this matter.

                                                                            **BY THE COURT:**

                                                                             _____

                                                                                                **J.**