## CERTIFICATE OF SERVICE

I, Alan L. Frank, Esquire, hereby certify that on January 30, 2024 I caused the foregoing to be filed via the Court's ECF system. The foregoing document is available for viewing and downloading from the PACER system. Electronic notice of this filing was sent to all counsel of record.

This Motion to Withdraw As Counsel was also served on the following via Certified U.S. Mail and E-Mail:

>Jeremy Hirsch, Founder and Chairman Spartan Mosquito
>AC2T, Inc., d/b/a Spartan Mosquito
>8 Nemo Clark Drive
>Laurel, Mississippi 39443
>info@spartanmosquito.com

_____
ALAN L. FRANK, ESQUIRE