Alan L. Frank, Esq.
Evan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
PA Bar No. 311994
135 Old York Road
Jenkintown, PA 19046
215-935-1000
215-935-1110 (fax)
afrank@alflaw.net; efrank@alflaw.net
**Counsel for Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | Civil Action |
| Plaintiff, | Case Number: 2:19-cv-05946-RBS |
| v. | Jury Trial Demanded |
| Colin Purrington, | |
| Defendant. | |

### AFFIDAVIT OF ALAN L. FRANK, ESQUIRE

I, Alan L. Frank, Esquire, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. On January 30. 2024, a Motion to Withdraw as Counsel for Plaintiff was filed with the Court.

2. A copy of the Motion to Withdraw as Counsel for Plaintiff was sent via Certified Mail, Return Receipt Requested and email to: (See Exhibit A)

   Jeremy Hirsch, Founder and Chairman Spartan Mosquito
   AC2T, Inc. d/b/a Spartan Mosquito
   8 Nemo Clark Drive
   Laurel, Mississippi 39443
   info@spartanmosquito.com

3. On January 31, 2024, the Court entered an Order granting Plaintiffs' Motion to Withdraw as Counsel.

4. On January 31, 2024, I sent an email to Spartan Mosquito [info@spartanmosquito.com] forwarding the Court's Notice of Electronic Filing that an "Order that Plaintiffs' Motion to Withdraw as Counsel for AC2T, Inc. D/B/A Spartan Mosquito is Granted." (See Exhibit B).

5. On February 1, 2024, I emailed a copy of the Order granting Withdraw of Counsel to [info@spartanmosquito.com]. (See Exhibit C).

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

_____
ALAN L. FRANK, ESQUIRE

Sworn and Subscribed before me
On this 1st day of February, 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
DENISE A. WILK, Notary Public
Montgomery County
My Commission Expires April 8, 2026
Commission Number 1223531