# EXHIBIT C

**Dee Wilk**

---

| | |
|---|---|
| **From:** | Alan Frank |
| **Sent:** | Thursday, February 1, 2024 9:21 AM |
| **To:** | Dee Wilk |
| **Subject:** | FW: Activity in Case 2:19-cv-05946-RBS AC2T, INC. v. PURRINGTON Order on Motion to Withdraw as Attorney |
| **Attachments:** | 2024-01-31 Order granting Withdraw of Counsel.pdf |

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--

ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

---

**From:** Alan Frank
**Sent:** Thursday, February 1, 2024 8:24 AM
**To:** Spartan Mosquito <info@spartanmosquito.com>
**Cc:** Evan Frank <EFrank@alflaw.net>
**Subject:** FW: Activity in Case 2:19-cv-05946-RBS AC2T, INC. v. PURRINGTON Order on Motion to Withdraw as Attorney

Jeremy,

Here is yesterday's Court Order.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--

ATTENTION:

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** Dee Wilk <DWilk@alflaw.net>
**Sent:** Thursday, February 1, 2024 8:19 AM
**To:** Alan Frank <afrank@alflaw.net>; Evan Frank <EFrank@alflaw.net>
**Subject:** FW: Activity in Case 2:19-cv-05946-RBS AC2T, INC. v. PURRINGTON Order on Motion to Withdraw as Attorney


**Please see attached.**
**Regards.**

*Dee Wilk*, Legal Assistant
ALAN L. FRANK LAW ASSOCIATES, P.C.
135 Old York Road
Jenkintown, PA 19046
T: 215.935.1000
F: 215.935.1110
e-mail: dwilk@alflaw.net

ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Wednesday, January 31, 2024 4:09 PM
**To:** Dee Wilk <DWilk@alflaw.net>
**Subject:** FW: Activity in Case 2:19-cv-05946-RBS AC2T, INC. v. PURRINGTON Order on Motion to Withdraw as Attorney


Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--
ATTENTION:

2

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
**Sent:** Wednesday, January 31, 2024 3:58 PM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 2:19-cv-05946-RBS AC2T, INC. v. PURRINGTON Order on Motion to Withdraw as Attorney

**External Sender** - From: (ecf_paed@paed.uscourts.gov)
This message came from outside your organization.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 1/31/2024 at 3:57 PM EST and filed on 1/31/2024
**Case Name:** AC2T, INC. v. PURRINGTON
**Case Number:** 2:19-cv-05946-RBS
**Filer:**
**Document Number:** 77

**Docket Text:**
ORDER THAT PLAINTIFFS' NOTION TO WITHDRAW AS COUNSEL OR AC2T, INC., D/B/A SPARTAN MOSQUITO IS GRANTED. IT IS FURTHER ORDERED THAT ATTORNEYS ALAN L. FRANK AND EVAN L. FRANK AND THE LAW FIRM ALAN L. FRANK LAW ASSOCIATES, P.C. ARE TERMINATED AS COUNSEL FOR PLAINTIFF. PLAINTIFF SHALL RETAIN NEW COUNSEL AND SUCH COUNSEL SHALL ENTER HIS OR HER APPEARANCE ON OR BEFORE 2/28/24. FAILURE OF PLAINTIFF TO COMPLY WITH THE PRECEDING PARAGRAPH MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING THE DISMISSAL OF PLAINTIFF'S CLAIMS. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 1/31/24. 1/31/24 ENTERED AND COPIES E-MAILED.(mbh)


**2:19-cv-05946-RBS Notice has been electronically mailed to:**

ALAN L. FRANK    afrank@alflaw.net, dwilk@alflaw.net, jgoldin@alflaw.net

EVAN LOUIS FRANK    efrank@alflaw.net

TREVOR C. SERINE    TCS@serinelaw.com, trevor.s@sefinlaw.com

**2:19-cv-05946-RBS Notice will not be electronically mailed to:**

AC2T, INC.

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=1/31/2024] [FileNumber=19427434-0] [35d248808a685fdfa42d180e784478fb63edc8a3518195a61c0b8c26a18093857fca9c21ea11dc293fcc2a889499542c2513c3fb8c4ea6743875549a0636b3a1]]