# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**AC2T, Inc., d/b/a**
**Spartan Mosquito,**

                                                    **Civil Action**
                                                    **Case No. 2:19-cv-5946-RBS**

                    **Plaintiff**
          **v.**
**Colin Purrington,**
                    **Defendant**

### JOINT DISCOVERY STATUS REPORT

Pursuant to Order dated January 26, 2024 (ECF No. 75), the parties were instructed to file a Joint Status Report via ECF regarding unresolved discovery and the like. Subsequent to that Order, the attorney for the Plaintiff filed, and the Court granted, a Motion for counsel for the Plaintiff to withdraw (ECF No. 77) dated January 31, 2024. That Order provided the Plaintiff to obtain new counsel on or before February 28, 2024, or the Court would impose sanctions, including the dismissal of the claims with prejudice.

Defendant Colin Purrington made numerous good faith efforts and attempts to submit a joint report, but no communications from the Plaintiff were received.  To date, Defendant has not been supplied any correspondences, telephone calls, emails, or the like by the Plaintiff, nor has any attorney or firm contacted Defendant or counsel regarding its representation.

Further, Defendant Colin Purrington, despite the lack of Plaintiff's counsel, has diligently complied, at no small expense of time, with the other Order dated January 24, 2024, directing him to identify all documents with bate-stamps and respond to a set of interrogatories. A copy of that correspondence is attached hereto at Exhibit "A," demonstrating that the Defendant re-reviewed all of the disclosures, and supplied yet another full copy of all files via USB to the Plaintiff at its corporate address.

Defendant Colin Purrington, via counsel, has sent numerous letters regarding discovery to the Plaintiff at its corporate address without response. Additionally, counsel for the Defendant recently contacted the prior attorney, Evan Frank, Esquire, to request any information on subsequent representation. He stated that he had no requests from other firms for the files or other information, and would supply said information if it was obtained. No notice of any other firm making contact from Mr. Frank has been provided, to date. A copy of these correspondences are attached hereto at Exhibit "B."

Accordingly, mindful of the Court's Order but due to the lack of communication, representation, and cooperation from Plaintiff, Defendant respectfully submits this unilateral discovery status report, along with copies of the previously-referenced correspondences demonstrating the actions taken by the Defendant since the issuance of the January 26, 2024 Order to comply.

1. Pending Discovery Disputes.

A.   Interrogatory Requests. The following Interrogatory Requests issued by Defendant have not been answered, despite a court order dated September 24, 2021, requiring Plaintiff to do so:

1. Interrogatory Request No. 5: Describe any damages Spartan Mosquito is seeking in this Litigation by listing the category of damages, the amount, and the basis for seeking those damages.

2.   Interrogatory Request No. 10: List all states that have refused to permit the sale of the Product [Spartan Mosquito Eradicator] and list each state's given reason(s) for refusing to permit the sale of the Product.

B.   Document Requests. The following Document Requests issued by Defendant have not been answered, despite a court order dated September 24, 2021, requiring Plaintiff to do so:

1. Document Request No. 2: All documents concerning experimental tests concerning the Product.

2.  Document Request No. 3:  All data obtained from experimental tests concerning the Product.

3. Document Request No. 4:  Pursuant to Court order dated 9/24/2021, Plaintiff must produce the names and contact information for any individual that conducted experiments on the Product.

4.  Document Request No. 6:  A copy of any marketing materials concerning the Product.

5. Document Request No. 8: All correspondence between Spartan Mosquito and any State Regulatory Agency, including but not limited to the Mississippi Department of Health and the Mississippi Attorney General's Office, concerning the operation or regulatory compliance of the Product.

6. Document Request No. 9:  All correspondence between Spartan Mosquito and the EPA concerning the regulatory compliance of the Product.

7. Document Request No. 10:  All correspondence between Spartan Mosquito and the FTC concerning the regulatory compliance of the Product.

8.  Document Request No.11: All prior versions of Spartan Mosquito's website.

9.  Document Request No. 13: A copy of any marketing materials sent to any supplier or distributor concerning the Product.

10. Document Request No. 14:  All case study documents concerning the Product produced by Think Webstore.

11. Document Request No 16:  All correspondence between Spartan Mosquito and Wendy Varnado concerning the Product or the Other Products.

12. Document Request No. 21:  All correspondence between Spartan Mosquito and the West Nile Education, Eradication, Prevention, and Recovery Organization concerning the Product.

13. Document Request No. 22:  All correspondence between Spartan Mosquito and any retailer concerning the operation of the Product.

14. Document Request No 23:  A copy of any marketing materials sent to any retailer concerning the Product.

15. Document Request No. 26:  All press releases concerning the Product.

16. Document Request No. 28: All communications with customers who were unsatisfied with the Product and whose Facebook reviews and comments were deleted by Spartan, including but not limited to any text messages or Facebook messages sent to any such customers.

17.  Document Request No. 30. All photographs and videos of mosquitoes entering the holes in the Product, including all unedited versions of such photographs and videos. The court order dated 9/24/2021 ordered Plaintiff to produce the full video, not excerpts.

18. Document Request No 31:  All documents concerning any lost sales of the Product or the Other Products that Spartan Mosquito contends are related to any statements made by Purrington.

19. Document Request No. 32:  All documents concerning any damages sought in the Litigation.

20. Additional Requests were demanded via the Notice of Deposition supplied to Jeremy Hirsch and Christopher Bonner, respectively *(See Exhibit "B" hereto)*.

2. Depositions of Hirsch and Bonner.

Defendant has noticed the deposition of Jeremy Hirsch for April 3, 2024, at the office of Defendant's counsel, 30 West Third Street, Media, Pa. 19063.

Defendant has noticed the deposition of Christopher Bonner for March 27, 2024, at the office of Defendant's counsel, 30 West Third Street, Media, Pa. 19063.

3. Subpoena Requests.

Defendant has just recently issued new subpoenas to, among others, a number of affiliates of the Plaintiff as well as Bonner Analytics Testing Company, that are relevant to the underlying action and who Defendant believes is a potential custodian of documents which the Plaintiff, AC2T Inc., has failed or otherwise refused to turn over despite the lengthy discovery period afforded to it and the critical nature of the financial documents to the claims. It is anticipated that the subpoenaed documents will

take several weeks to be forwarded to the Defendant, presuming that there are no objections or delays by the relevant custodian(s).

4. <u>Certification of meeting</u>.

      The parties have NOT met regarding outstanding discovery disputes and the content of this discovery report, despite numerous and diligent attempts at same by Defendant Colin Purrington and his counsel. See the introduction hereto.

5. <u>Proposed Schedule for completion of Discovery, Motions, and Trial</u>.

      A. <u>Discovery</u>. Defendant proposes that Plaintiff answer the Interrogatories and Documents Requests in full by March 26, 2024; that all depositions should be conducted no later than June 30, 2024.

      B. <u>Motions</u>.  Defendant proposes that any summary judgment motions be filed July 31, 2024. If, however, discovery is not completed by July 31, 2024, then any motions shall be filed within 30 days after completion of all discovery.

      C. <u>Trial</u>. Defendant proposes that trial be scheduled for 30 days after all motions have been resolved.

               Respectfully submitted,

Date   2/26/24

               By:  _____
                   **Trevor C. Serine, Esquire**
                   Serine Law
                   30 West Third Street, First Floor
                   Media, PA 19063
                   484-448-6426
                   TCS@Serinelaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

**AC2T, Inc., d/b/a**
**Spartan Mosquito,**

**Case No. 2:19-cv-5946-RBS**

        **Plaintiff**

    **v.**

**Colin Purrington,**

        **Defendant**

---

**CERTIFICATE OF SERVICE**

I, Trevor C. Serine, Esquire, attorney for Colin Purrington, hereby certify that I served a true and correct copy of the Status Report filed with the ECF upon the following parties in the manner indicated on 2/26/2024.

**VIA ELECTRONIC FILING AND/OR EMAIL NOTICE:**

**VIA U.S. MAIL:**
AC2T, Inc. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

By:    _____

**Trevor C. Serine, Esquire**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

# EXHIBIT "A"

# TREVOR C. SERINE

## ATTORNEY AND COUNSELOR AT LAW

30 WEST THIRD STREET
MEDIA, PENNSYLVANIA 19063

ADMITTED IN PA & NJ                                                    PHONE:  484-448-6426
E-MAIL: TCS@SERINELAW.COM                                              FAX:      610-892-7412

February 14, 2024

*Via U.S. Mail Only:*
AC2T, INC. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

**RE:   AC2T, Inc. v. Purrington**
2:19-cv-05946-RBS

Dear Sir/Madam:

Pursuant to the Order of Judge Surrick dated January 31, 2024, this discovery documentation is being provided to you, directly, as a *pro se* Plaintiff.

Pursuant to the Order of Judge Surrick dated January 24, 2024, regarding document production and bate numbering, attached please find the list of all documents and items produced by the Defendant, as consecutively numbered and identified as 000001-013173, along with the category of response. Note that some previously supplied items (i.e., videos, and visual media), are listed therein as "unnumbered." The enclosed USB drive contains a comprehensive duplication of all documents previously supplied to date.

Additionally, pursuant to the January 24, 2024 Order, attached please find a document which identifies the produced documents in response to the Second Set of document requests No. 15 – 20, and specifically notes the document bate number that corresponds to same and/or the Defendant's response to same.

If you have any questions or concerns, let me know.

Thank you.

Very truly yours,

**TREVOR C. SERINE**

Encs. (3)
cc:    Mr. Colin Purrington

# EXHIBIT "B"

# TREVOR C. SERINE

### ATTORNEY AND COUNSELOR AT LAW

30 WEST THIRD STREET
MEDIA, PENNSYLVANIA 19063

ADMITTED IN PA & NJ                                                                    PHONE:  484-448-6426
E-MAIL: TCS@SERINELAW.COM                                                   FAX:      610-892-7412

February 16, 2024

*Via U.S. Mail Only:*
AC2T, INC. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

**RE:**     **AC2T, Inc. d/b/a Spartan Mosquito v. Purrington**
               2:19-cv-05946-RBS

Dear Sir/Madam:

Pursuant to the Order of Judge Surrick dated January 26, 2024, Mr. Jeremy Hirsch is required to attend and sit for a Deposition in this District. Further, pursuant to the Order, as well as Fed. R.C.P. 30 and 34, Mr. Hirsch shall bring the list of documents and records to this Deposition that are specified and detailed within the enclosed Notice of Deposition.

Mr. Hirsch's deposition shall be held on Wednesday, April 3, 2024, beginning at 10:30 A.M., at the law offices located at 30 West Third Street, Media, PA 19063. See enclosed Notice of Deposition.

If you have any questions or concerns, feel free to contact my office.

Thank you.

Very truly yours,

**TREVOR C. SERINE**

Enc.
cc:     Mr. Colin Purrington

Tʀᴇᴠᴏʀ C. Sᴇʀɪɴᴇ, Esϙᴜɪʀᴇ
Aᴛᴛᴏʀɴᴇʏ I.D. Nᴏ.: 316805
Sᴇʀɪɴᴇ Lᴀᴡ
30 Wᴇsᴛ Tʜɪʀᴅ Sᴛʀᴇᴇᴛ
Mᴇᴅɪᴀ, Pᴇɴɴsʏʟᴠᴀɴɪᴀ 19063
P: 484.448.6426
TCS@Sᴇʀɪɴᴇʟᴀᴡ.ᴄᴏᴍ
Aᴛᴛᴏʀɴᴇʏ ғᴏʀ Pʟᴀɪɴᴛɪғғ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

**AC2T, Inc., d/b/a**
**Spartan Mosquito,**                          **Case No. 2:19-cv-5946-RBS**
               **Plaintiff**                   **Civil Action**
        **v.**

**Colin Purrington,**
               **Defendant**

---

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30 AND 34

**TO:   JEREMY HIRSCH**
       **AC2T, Inc. d/b/a Spartan Mosquito**
       **8 Nemo Clark Drive**
       **Laurel, MJS 39443**

**PLEASE TAKE NOTICE**, that the Oral Deposition of Jeremy Hirsch has been scheduled for

**Wednesday, April 3, 2024 @ 10:30 A.M.,** at 30 West Third Street, Media, PA 19063 in accord with the

Rules of Federal Civil Procedure, before a Notary Public, or some other person authorized by law to

administer oaths. This office will secure the court reporter.

Pursuant to Fed. R. Civ. P. 30 and 34 as well as pursuant to the prior Order of this Court, you are

required to produce the following documents and tangible things at the deposition:

1) All contracts and employment/independent agreements, with any person, scientist, company, joint

venture, agency, government entity, private laboratory, or the like, related to the testing, efficacy,

quality control, deployment for field studies, and the like, for the Spartan Eradicator from the date of

inception (approximately 2014) until discontinuance (approximately 2020);

1

2) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between Hirsch and any and all customers of the Spartan Eradicator or regarding the Spartan Eradicator;

3) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, that have been **deleted, hidden, removed, or the like**, between Hirsch or Plaintiff AC2T, Inc. d/b/a Spartan and any and all customers of the Spartan Eradicator or regarding the Spartan Eradicator;

4) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between Hirsch and any other employee, agent, contractor, investigator, or the like, of Plaintiff AC2T, Inc. d/b/a Spartan Mosquito regarding Defendant Colin Purrington;

5) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between Hirsch and any scientific organization (NGOs, Non-profits, educational facilities or professors or employees thereof, etc.), scientists, researchers, private contractors, government agents or regulators, or the like regarding the Spartan Eradicator;

6) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between Hirsch and any scientific organization (NGOs, Non-profits, educational facilities or professors or employees thereof, etc.), scientists, researchers, private contractors, government agents or regulators, or the like regarding Defendant Colin Purrington;

7) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), written communications of any kind, complaints, or the like, between Hirsch and Dr. Don Yee, from 2014 through the present;

8) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), written communications of any kind, complaints, or the like, between Hirsch and Dr. Janet Donaldson, from 2014 through the present, regarding the Spartan Eradicator or Defendant Colin Purrington;

9) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), written communications of any kind, complaints, or the like, between Hirsch and any and all employees, agents, contractors, or the like of Gunster Strategies Worldwide, from 2014 through the present, regarding the Spartan Eradicator or Defendant Colin Purrington;

10) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), written communications of any kind, complaints, or the like, between Hirsch and former Miss. Gov. Phil Bryant, from 2014 through the present, regarding the Spartan Eradicator or Defendant Colin Purrington;

11) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), written communications of any kind, complaints, or the like, between Hirsch and Cyndi Hyde Smith, from 2014 through the present, regarding the Spartan Eradicator or Defendant Colin Purrington;

12) All contracts, documents, invoices, payments, insurance policy, and correspondences (text messages, emails, written communications, facebook/twitter/instagram messages, We Chat, Telegram, etc.) related to the $500,000 challenge issued by Plaintiff regarding the Eradicator and whether the holes are of sufficient size for the target mosquitoes;

3

13) All contracts, documents, and correspondences (text messages, emails, written communications, facebook/twitter/instagram messages, We Chat, Telegram, etc.) between Hirsch and any and all employees, agents, contractors, or the like, of Lights On Distributors related to the Eradicator being pulled from Amazon – some of which are referenced within the action AC2T, Inc. v. Lights On Distributors;

14) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), written communications of any kind, complaints, or the like, between Hirsch and all employees, agents, contractors, or the like of Lights On Distributors,  regarding the Spartan Eradicator or Defendant Colin Purrington;

15) All documents and correspondences from Hirsch or Plaintiff AC2T Inc. d/b/a Spartan Mosquito related to its claim that Lights On "prevented Spartan from monitoring the sales... on Amazon" or led to "the introduction of counterfeits," or have "adversely impacted the sales of Spartan products" as well as any and all documents, contracts, or correspondences regarding the Spartan Eradicator or Defendant Colin Purrington;

16)  All  documents,  internal  memoranda,  emails,  text/slack/telegram/wechat  messages, communications, and correspondences regarding the cessation of production of the Eradicator and/or demonstrating that production of the Eradicator was voluntarily ceased in 2020; and,

17) All non-privileged documents, internal memoranda, emails, text/slack/telegram/wechat messages, communications, investigative materials, and correspondences from Hirsch or any employee of Plaintiff AC2T Inc. d/b/a Spartan Mosquito regarding Defendant Colin Purrington or his wife.

Respectfully submitted,

Date: February 16, 2024

By: _____

**Trevor C. Serine, Esquire**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AC2T, Inc., d/b/a** **Spartan Mosquito,** | |
| **Plaintiff** | **Case No. 2:19-cv-5946-RBS** |
| **v.** | |
| **Colin Purrington,** | |
| **Defendant** | |

## CERTIFICATE OF SERVICE

I, Trevor C. Serine, Esquire, attorney for Colin Purrington, hereby certify that I served a true and correct copy of the Notice of Deposition upon the following parties in the manner indicated on 2/16/2024.

**VIA ELECTRONIC FILING AND/OR EMAIL NOTICE**

None.

**VIA FIRST CLASS U.S. MAIL**

Jeremy Hirsch
AC2T, Inc., d/b/a
Spartan Mosquito
*Pro Se*
8 Nemo Clark Drive
Laurel, MJS 39443

By: _____

**Trevor C. Serine, Esquire**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

6

# TREVOR C. SERINE

*ATTORNEY AND COUNSELOR AT LAW*

30 WEST THIRD STREET
MEDIA, PENNSYLVANIA 19063

ADMITTED IN PA & NJ                                                                          PHONE: 484-448-6426
E-MAIL: TCS@SERINELAW.COM                                                        FAX:    610-892-7412

February 16, 2024

*Via U.S. Mail Only:*
AC2T, INC. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

**RE:**   **AC2T, Inc. d/b/a Spartan Mosquito v. Purrington**
              2:19-cv-05946-RBS

Dear Sir/Madam:

Pursuant to the Order of Judge Surrick dated January 26, 2024, Mr. Christopher Bonner is required to attend and sit for a Deposition in this District. Further, pursuant to the Order, as well as Fed. R.C.P. 30 and 34, Mr. Bonner shall bring the list of documents and records to this Deposition that are specified and detailed within the enclosed Notice of Deposition.

Mr. Bonner's deposition shall be held on Wednesday, March 27, 2024, beginning at 10:30 A.M., at the law offices located at 30 West Third Street, Media, PA 19063. See enclosed Notice of Deposition.

If you have any questions or concerns, feel free to contact my office.

Thank you.

Very truly yours,

**TREVOR C. SERINE**

Enc.
cc:    Mr. Colin Purrington

Trevor C. Serine, Esquire
Attorney I.D. No.: 316805
Serine Law
30 West Third Street
Media, Pennsylvania 19063
P: 484.448.6426
TCS@Serinelaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

AC2T, Inc., d/b/a
Spartan Mosquito,                          **Case No. 2:19-cv-5946-RBS**
      **Plaintiff**                          **Civil Action**
     **v.**

Colin Purrington,
      **Defendant**

---

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30 AND 34

**TO:**   **CHRISTOPHER BONNER**
      **AC2T, Inc. d/b/a Spartan Mosquito**
      **8 Nemo Clark Drive**
      **Laurel, MJS 39443**

     **PLEASE TAKE NOTICE**, that the Oral Deposition of Christopher Bonner has been scheduled for **Wednesday, March 27, 2024 @ 10:30 A.M.,** at 30 West Third Street, Media, PA 19063 in accord with the Rules of Federal Civil Procedure, before a Notary Public, or some other person authorized by law to administer oaths. This office will secure the court reporter.

     Pursuant to Fed. R. Civ. P. 30 and 34 as well as pursuant to the prior Order of this Court, you are required to produce the following documents and tangible things at the deposition:

1) All contracts and employment/independent agreements, or the like, in your possession or control, with any person, scientist, company, joint venture, agency, government entity, private laboratory, or the like, related to the testing, efficacy, quality control, deployment for field studies, etc., for the Spartan Eradicator from the date of inception (approximately 2014) until discontinuance (approximately 2020);

1

2) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between you and any and all customers of the Spartan Eradicator or regarding the Spartan Eradicator;

3) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between you and any other employee, agent, contractor, investigator, or the like, of Plaintiff AC2T, Inc. d/b/a Spartan Mosquito regarding Defendant Colin Purrington;

4) All text messages, emails, correspondences, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, etc.), complaints, or the like, between you and any scientific organization (NGOs, Non-profits, educational facilities or professors or employees thereof, etc.), scientists, researchers, private contractors, government agents or regulators, or the like regarding the Spartan Eradicator or Defendant Colin Purrington;

5) All documents, internal memoranda, emails, text/slack/telegram/wechat messages, communications, and correspondences regarding the cessation of production of the Eradicator and/or demonstrating that production of the Eradicator was voluntarily ceased in 2020; and,

6) all reports, invoices, testing records, field test logs, notebooks, journals, lab logs, handwritten notes, audio messages, recordings, video, photographs, electronic records, memoranda, emails, communications, facebook messages, twitter direct messages, social media messages, (Instagram, SnapChat, Twitter, WeChat, Telegram, Slack, etc.), professional papers, white papers, that you authored or submitted to any other employee, contractor, agent, or affiliate of AC2T Inc. d/b/a Spartan Mosquito, or government entity, agency, or regulator, regarding the Eradicator, the testing or efficacy of the Eradicator, or Defendant Colin Purrington;

2

Respectfully submitted,

Date:: February 16, 2024

By:   _____
**Trevor C. Serine, Esquire**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,**<br><br>**Plaintiff**<br>**v.**<br><br>**Colin Purrington,**<br><br>**Defendant** | **Case No. 2:19-cv-5946-RBS** |

**CERTIFICATE OF SERVICE**

I, Trevor C. Serine, Esquire, attorney for Colin Purrington, hereby certify that I served a true and correct copy of the Notice of Deposition upon the following parties in the manner indicated on 2/16/2024.

**VIA ELECTRONIC FILING AND/OR EMAIL NOTICE**

None.

**VIA FIRST CLASS U.S. MAIL**

Christopher Bonner
AC2T, Inc., d/b/a
Spartan Mosquito
*Pro Se*
8 Nemo Clark Drive
Laurel, MJS 39443

By: ______________________________
**Trevor C. Serine, Esquire**
Serine Law
30 West Third Street, First Floor
Media, PA 19063
484-448-6426
TCS@Serinelaw.com

# TREVOR C. SERINE

### ATTORNEY AND COUNSELOR AT LAW

30 WEST THIRD STREET
MEDIA, PENNSYLVANIA 19063

ADMITTED IN PA & NJ                                          PHONE:  484-448-6426
E-MAIL: TCS@SERINELAW.COM                                    FAX:      610-892-7412

February 19, 2024

*Via U.S. Mail Only:*
AC2T, INC. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

**RE:**   **AC2T, Inc. d/b/a Spartan Mosquito v. Purrington**
          2:19-cv-05946-RBS

Dear Sir/Madam:

Pursuant to Federal Rule of Civil Procedure 45, enclosed please find a Notice of Intent to Serve Subpoena and the enclosed Subpoena that will be served upon Lights On Distributors, LLC.

If you have any questions or concerns, feel free to contact my office.

Thank you.

Very truly yours,

**TREVOR C. SERINE**

Enc.
cc:   Mr. Colin Purrington

# TREVOR C. SERINE

### ATTORNEY AND COUNSELOR AT LAW

30 WEST THIRD STREET
MEDIA, PENNSYLVANIA 19063

ADMITTED IN PA & NJ                                                PHONE: 484-448-6426
E-MAIL: TCS@SERINELAW.COM                                   FAX:   610-892-7412

February 19, 2024

*Via U.S. Mail Only:*
AC2T, INC. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

**RE:**   **AC2T, Inc. d/b/a Spartan Mosquito v. Purrington**
          2:19-cv-05946-RBS

Dear Sir/Madam:

Pursuant to Federal Rule of Civil Procedure 45, enclosed please find a Notice of Intent to Serve Subpoena and the enclosed Subpoena that will be served upon Bonner Analytical Testing Company.

If you have any questions or concerns, feel free to contact my office.

Thank you.

Very truly yours,

**TREVOR C. SERINE**

Enc.
cc:   Mr. Colin Purrington

# TREVOR C. SERINE

### *ATTORNEY AND COUNSELOR AT LAW*

30 WEST THIRD STREET
MEDIA, PENNSYLVANIA 19063

ADMITTED IN PA & NJ                                            PHONE:  484-448-6426
E-MAIL: TCS@SERINELAW.COM                                      FAX:      610-892-7412

February 16, 2024

*Via U.S. Mail Only:*
AC2T, INC. d/b/a Spartan Mosquito
8 Nemo Clark Drive
Laurel, MS 39443

**RE:**   **AC2T, Inc. d/b/a Spartan Mosquito v. Purrington**
          2:19-cv-05946-RBS

Dear Sir/Madam:

        Pursuant to Federal Rule of Civil Procedure 45, enclosed please find a Notice of Intent to Serve Subpoena and the enclosed Subpoena that will be served upon Yitzchak Kopel.

        If you have any questions or concerns, feel free to contact my office.

        Thank you.

                                          Very truly yours,

                                          **TREVOR C. SERINE**

Enc.
cc:   Mr. Colin Purrington